1  Roderick M. Thompson (State Bar No. 096192)
   Eugene Y. Mar (State Bar No. 227071)
2  June T. Tai (State Bar No. 226997)
   Farella Braun & Martel LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5
   Attorneys for Defendant
6  VISA U.S.A.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  PRIVASYS, INC.,                    Case No.  C 07 3257

13              Plaintiff,             **STIPULATION AND [PROPOSED]
                                       ORDER EXTENDING TIME FOR
14        vs.                          DEFENDANTS VISA INTERNATIONAL
                                       SERVICE ASSOCIATION AND VISA
15  VISA INTERNATIONAL SERVICE         U.S.A. TO ANSWER OR OTHERWISE
    ASSOCIATION, VISA U.S.A.,          RESPOND TO THE COMPLAINT**
16
                Defendants.
17

18        Pursuant to Civil Local Rules 6-1 and 7-12, Plaintiff PrivaSys, Inc. ("Plaintiff") and

19  Defendants Visa International Service Association and Visa U.S.A. (collectively, "Defendants"),

20  by and through counsel, hereby stipulate as follows:

21        WHEREAS on June 20, 2007, Plaintiff filed its Complaint;

22        WHEREAS on June 26, 2007, Defendant Visa U.S.A. was served the Complaint;

23        WHEREAS Defendants have requested an extension of time to answer or otherwise

24  respond to the Complaint and Plaintiffs have agreed;

25        NOW THEREFORE, the parties through their undersigned counsel hereby stipulate as

26  follows:

27  /

28  /

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER OR                                              22319\1286186.2
OTHERWISE RESPOND TO THE COMPLAINT
Case No.: C 07 3257

1    Defendants shall file and serve their answers or other responses to the Complaint on or
2    before August 21, 2007.

**IT IS SO STIPULATED:**

Dated: June 29, 2007                    FARELLA BRAUN & MARTEL LLP

                                        By:  ___/s/ Roderick Thompson___
                                                Roderick Thompson

                                        Attorneys for Defendant
                                        VISA U.S.A

Dated: June 29, 2007                    MAYER, BROWN, ROWE & MAW LLP


                                        By:  ___/s/ Ian Feinberg___
                                                Ian Feinberg

                                        Attorneys for Defendant
                                        VISA INTERNATIONAL SERVICE
                                        ASSOCIATION

Dated: June 29, 2007                    HOSIE MCARTHUR LLP


                                        By:  ___/s/ Spencer Hosie___
                                                Spencer Hosie

                                        Attorneys for Plaintiff
                                        PRIVASYS, INC.

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Date:  June 29, 2007                    ___/s/ Roderick Thompson___
                                                Roderick Thompson

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER OR                - 2 -                            22319\1286186.2
OTHERWISE RESPOND TO THE COMPLAINT
Case No.: C 07 3257

# ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that Defendants Visa International Service Association and Visa U.S.A. shall file or serve their answers or other responses to the Complaint on or before August 21, 2007.

**IT IS SO ORDERED**.

| DATED: _____ | _____<br>The Honorable Bernard Zimmerman |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT
Case No.: C 07 3257

- 3 -

22319\1286186.2