Roderick M. Thompson (State Bar No. 096192)
Eugene Y. Mar (State Bar No. 227071)
June T. Tai (State Bar No. 226997)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
VISA U.S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A.,<br><br>          Defendants. | Case No. C 07 3257<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS VISA INTERNATIONAL SERVICE ASSOCIATION AND VISA U.S.A. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rules 6-1 and 7-12, Plaintiff PrivaSys, Inc. ("Plaintiff") and Defendants Visa International Service Association and Visa U.S.A. (collectively, "Defendants"), by and through counsel, hereby stipulate as follows:

WHEREAS on June 20, 2007, Plaintiff filed its Complaint;

WHEREAS on June 26, 2007, Defendant Visa U.S.A. was served the Complaint;

WHEREAS Defendants have requested an extension of time to answer or otherwise respond to the Complaint and Plaintiffs have agreed;

NOW THEREFORE, the parties through their undersigned counsel hereby stipulate as follows:

/

/

1  Defendants shall file and serve their answers or other responses to the Complaint on or
2  before August 21, 2007.

3

4  **IT IS SO STIPULATED:**

5  Dated: June 29, 2007                           FARELLA BRAUN & MARTEL LLP

6

7                                                 By:   _____*/s/ Roderick Thompson*_____
                                                         Roderick Thompson
8
                                                  Attorneys for Defendant
9                                                 VISA U.S.A

10 Dated: June 29, 2007                           MAYER, BROWN, ROWE & MAW LLP

11

12                                                By:   _____*/s/ Ian Feinberg*_____
                                                         Ian Feinberg
13
                                                  Attorneys for Defendant
14                                                VISA INTERNATIONAL SERVICE
                                                  ASSOCIATION
15
   Dated: June 29, 2007                           HOSIE MCARTHUR LLP
16

17

18                                                By:   ___*/s/ Spencer Hosie*_____
                                                         Spencer Hosie
19
                                                  Attorneys for Plaintiff
20                                                PRIVASYS, INC.

21
       I hereby attest that I have on file all holograph signatures for any signatures indicated by a
22
   "conformed" signature (/S/) within this e-filed document.
23

24 Date:  June 29, 2007                           ___*/s/ Roderick Thompson*_____
                                                         Roderick Thompson
25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER OR                  - 2 -                                22319\1286186.2
OTHERWISE RESPOND TO THE COMPLAINT
Case No.: C 07 3257

**ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that Defendants Visa International Service Association and Visa U.S.A. shall file or serve their answers or other responses to the Complaint on or before August 21, 2007.

**IT IS SO ORDERED**.

DATED: _July 2, 2007_____          _____
                                        The Honorable Bernard Zimmerman



Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER OR                - 3 -                22319\1286186.2
OTHERWISE RESPOND TO THE COMPLAINT
Case No.: C 07 3257