| | |
|---|---|
| 1 | IAN N. FEINBERG (SBN 88324) |
| | ifeinberg@mayerbrownrowe.com |
| 2 | W. JOSEPH MELNIK (*pro hac vice*) |
| | jmelnik@mayerbrownrowe.com |
| 3 | ERIC B. EVANS (SBN 232476) |
| | eevans@mayerbrownrowe.com |
| 4 | MAYER BROWN ROWE & MAW LLP |
| | Two Palo Alto Square, Suite 300 |
| 5 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2112 |
| 6 | Telephone: (650) 331-2000 |
| | Facsimile: (650) 331-2060 |
| 7 | |
| | Attorneys for Defendant |
| 8 | VISA INTERNATIONAL SERVICE |
| | ASSOCIATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC., | Case No. C 07-3257 BZ |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A., | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, W. Joseph Melnik, an active member in good standing of the bar of the State of Pennsylvania, and current applicant of the bar of the State of California, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Visa International Service Association in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;
2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

1  become familiar with the Local Rules and the Alternative Dispute Resolution
2  program of this Court; and
3. An attorney who is a member of the bar of this Court in good standing and who
   maintains an office within the State of California has been designated as
   co-counsel in the above-entitled action. The name, address and telephone number
   of that attorney is:

Ian N. Feinberg (SBN 88324)
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 3, 2007          /s/ W. Joseph Melnik

                             W. JOSEPH MELNIK

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

On July 3, 2007, I served the foregoing document(s) described as

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

on each interested party, as follows:

    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

    by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Spencer Hosie
Bruce Weckie
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
Tel: (415) 247-6000
Fax: (415) 247-6001

Robert J. Yorio
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94304
Tel: (650) 812-3400
Fax: (650) 812-3444

2

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO. C 07-3257 BZ

44038361

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | above is true and correct.
3 | Executed on July 3, 2007, at Palo Alto, California.

_____
Jessica F. Davis

44036741                               3
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO. C 07-3257 BZ

44038361