1  IAN N. FEINBERG (SBN 88324)
   ifeinberg@mayerbrownrowe.com
2  W. JOSEPH MELNIK (*pro hac vice* pending)
   jmelnik@mayerbrownrowe.com
3  ERIC B. EVANS (SBN 232476)
   eevans@mayerbrownrowe.com
4
   MAYER BROWN ROWE & MAW LLP
5  Two Palo Alto Square, Suite 300
   3000 El Camino Real
6  Palo Alto, CA  94306-2112
   Telephone:  (650) 331-2000
7  Facsimile:   (650) 331-2060

8  Attorneys for Defendant
   VISA INTERNATIONAL SERVICE
9  ASSOCIATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| PRIVASYS, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A.,<br><br>                Defendants. | Case No. C 07-3257 BZ<br><br>**NOTICE OF APPEARANCE OF VISA INTERNATIONAL SERVICE ASSOCIATION** |
|---|---|

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Ian Feinberg, Joseph Melnik, and Eric Evans of the law firm of Mayer, Brown, Rowe & Maw LLP, hereby appear as counsel of record for Defendant Visa International Service Association and respectfully request that all pleadings and other documents be served upon these individuals at Mayer, Brown, Rowe & Maw LLP, as identified below:

**MAYER BROWN ROWE & MAW LLP**
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

IAN N. FEINBERG
ifeinberg@mayerbrownrowe.com

W. JOSEPH MELNIK
jmelnik@mayerbrownrowe.com

ERIC B. EVANS
eevans@mayerbrownrowe.com

Dated: July 6, 2007                    MAYER, BROWN, ROWE & MAW LLP


By:    /s/ W. Joseph Melnik
       W. Joseph Melnik

Attorneys for Defendant
VISA INTERNATIONAL SERVICE
ASSOCIATION

-1-

44038364