| | |
|---|---|
| 1 | IAN N. FEINBERG (SBN 88324) |
|   | ifeinberg@mayerbrownrowe.com |
| 2 | W. JOSEPH MELNIK (*pro hac vice*) |
|   | jmelnik@mayerbrownrowe.com |
| 3 | ERIC B. EVANS (SBN 232476) |
|   | eevans@mayerbrownrowe.com |
| 4 | MAYER BROWN ROWE & MAW LLP |
|   | Two Palo Alto Square, Suite 300 |
| 5 | 3000 El Camino Real |
|   | Palo Alto, CA 94306-2112 |
| 6 | Telephone: (650) 331-2000 |
|   | Facsimile: (650) 331-2060 |

Attorneys for Defendant
VISA INTERNATIONAL SERVICE ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

PRIVASYS, INC.,

    Plaintiff,

v.

VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A.,

    Defendants.

Case No. C 07-3257 BZ

[PROPOSED]

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

W. Joseph Melnik, an active member in good standing of the bar of the State of Pennsylvania, and current applicant of the bar of the State of California, whose business address and telephone number is:

    Mayer, Brown, Rowe & Maw LLP
    Two Palo Alto Square, Suite 300
    3000 El Camino Real
    Palo Alto, CA 94306
    Telephone: (650) 331-2000

having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Visa International Service Association.

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance
3   *pro hac vice*. Service of papers upon and communication with co-counsel designed in the
4   application will constitute notice to the party. All future filings in this action are subject to the
5   requirements contained in the General Order No. 45, Electronic Case Filing.

6   Dated: 9 July 07

    _____
    UNITED STATES MAGISTRATE JUDGE
    HONORABLE BERNARD ZIMMERMAN