SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| PRIVASYS, INC,<br><br>  Plaintiff,<br><br>   v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A.,<br><br>  Defendants. | Case No. C 07-03257 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

1

Dated: July 12, 2007	Respectfully submitted,


	 /s/ Spencer Hosie	

	SPENCER HOSIE (CA Bar No. 101777)
	shosie@hosielaw.com
	BRUCE WECKER (CA Bar No. 078530)
	bwecker@hosielaw.com
	HOSIE McARTHUR LLP
	One Market, 22nd Floor
	San Francisco, CA 94105
	(415) 247-6000 Tel.
	(415) 247-6001 Fax

	ROBERT J. YORIO (CA Bar No. 93178)
	CARR & FERRELL LLP
	2200 Geng Road
	Palo Alto, CA  94303
	(650) 812-3400 Tel.
	(650) 812-3444 Fax

	Attorneys for Plaintiff
	PRIVASYS, INC.