SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | | |
|---|---|---|
| PRIVASYS, INC, <br><br> Plaintiff, <br><br> v. <br><br> VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A., <br><br> Defendants. | § § § § § § § § § § § § | Case No. C 07-03257 BZ <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Janine DeAndre, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie McArthur LLP, One Market, Spear Tower, 22nd Floor, San Francisco, California, 94105.

On July 12, 2007, I served the following attached

> DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

by e-mail and facsimile at San Francisco, California, addressed to the following parties:

Ian Neville Feinberg
Eric Butler Evans
Mayer Brown Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Fax 650.331.2060
E-mail:  ifeinberg@mayerbrownrowe.com
             eevans@mayerbrownrowe.com

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:   July 12, 2007

                                           /s/ Janine DeAndre
                                           Janine DeAndre