# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

PrivaSys, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Visa International Service Association;
Visa U.S.A., Inc.

C 07 3257

BZ

TO: (Name and address of defendant)

Visa International Service Association
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Visa U.S.A., Inc.
c/o Joshua R. Floum
123 Mission Street, 23rd Floor
San Francisco, CA 94105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Spencer Hosie
Hosie McArthur LLP
One Market, Spear Tower, 22nd Floor
San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUN 2 0 2007

(BY) DEPUTY CLERK

≫AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/26/2007 |
| NAME OF SERVER *(PRINT)* Larry Tisdall | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Served Brian Kadan, Legal Administrator, authorized to accept on behalf of VISA U.S.A., Inc., at 123 Mission Street, 23rd Floor, San Francisco, California, at 9:10 AM.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $55.00 | TOTAL $55.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/27/2007___  
  Date

*Signature of Server*

75 Columbia Square, San Francisco, CA 94103  
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.