IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRIVASYS INC,                                      No. C 07-03257SI

     Plaintiff,                                 **NOTICE**

  v.

VISA INTERNATIONAL,

     Defendant.
                                        /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, October 19, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: July 17, 2007                                            RICHARD W. WIEKING, Clerk

                                                                   Tracy Sutton
                                                                   Deputy Clerk