SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| PRIVASYS, INC, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>VISA INTERNATIONAL SERVICE §<br>ASSOCIATION, VISA U.S.A., §<br>§<br>Defendants. §<br>_____§ | Case No. C 07-03257 SI<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Janine DeAndre, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie McArthur LLP, One Market, Spear Tower, 22nd Floor, San Francisco, California, 94105.

On July 17, 2007, I served the following attached

CASE MANAGEMENT CONFERENCE ORDER

by U.S. mail at San Francisco, California, addressed to the following parties:

Ian Neville Feinberg
Eric Butler Evans
Mayer Brown Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112

Roderick M. Thompson
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:   July 17, 2007

              /s/_____
              Janine DeAndre

CERTIFICATE OF SERVICE      1      CASE NO. 07-3257 SI