IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, | No. C 07-03737SI |
| Plaintiff, | **NOTICE** |
| v. | |
| JOHN W. MURPHY, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been continued to Friday, November 2, 2007, at 2:00 p.m.

Dated: July 25, 2007

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk