Roderick M. Thompson (State Bar No. 096192)
Eugene Y. Mar (State Bar No. 227071)
June T. Tai (State Bar No. 226997)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
VISA U.S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A.,<br><br>　　　　Defendants. | Case No. C 07 3257 SI<br><br>**STIPULATED REQUEST TO RESET CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor |

　　　　Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff PrivaSys, Inc. ("Plaintiff") and Defendants Visa International Service Association and Visa U.S.A. (collectively, "Defendants"), by and through counsel, hereby stipulate as follows:

　　　　WHEREAS on June 20, 2007, Plaintiff filed its Complaint;

　　　　WHEREAS the parties have previously stipulated that the deadline for the Defendants to answer or otherwise respond was extended until August 21, 2007;

　　　　WHEREAS on July 16, 2007, this case was reassigned to the Honorable Susan Illston and a Case Management Conference was set for Friday, October 19, 2007;

　　　　WHEREAS lead counsel for Visa U.S.A. has a preexisting and long-planned commitment to be in Washington D.C. on Friday, October 19, 2007;

STIPULATED REQUEST AND [PROPOSED]
ORDER TO RESET CASE MANAGEMENT
CONFERENCE
Case No.: C 07 3257

22319\1312125.1

1  WHEREAS the parties have conferred and mutually agreed that they are available for a
2  Case Management Conference on Friday, November 2, 2007;
3  WHEREAS resetting the Case Management Conference for two weeks will also provide
4  the parties with an additional two weeks to prepare their Preliminary Infringement and
5  Preliminary Invalidity Contentions pursuant to Patent L.R. 3-1 and 3-3;
6  NOW THEREFORE, the parties through their undersigned counsel hereby stipulate and
7  request the Court to reset the Case Management Conference to Friday, November 2, 2007.

**IT IS SO STIPULATED:**

Dated: August 9, 2007                    FARELLA BRAUN & MARTEL LLP

                                         By:    /s/ Roderick Thompson
                                                  Roderick Thompson

                                         Attorneys for Defendant
                                         VISA U.S.A

Dated: August 9, 2007                    MAYER, BROWN, ROWE & MAW LLP

                                         By:    /s/ Ian Feinberg
                                                  Ian Feinberg

                                         Attorneys for Defendant
                                         VISA INTERNATIONAL SERVICE
                                         ASSOCIATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST AND [PROPOSED]
ORDER TO RESET CASE MANAGEMENT        - 2 -                             22319\1312125.1
CONFERENCE
Case No.: C 07 3257

Dated: August 9, 2007                               HOSIE MCARTHUR LLP


                                                    By:      /s/ Spencer Hosie
                                                              Spencer Hosie

                                                    Attorneys for Plaintiff
                                                    PRIVASYS, INC.


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.


Date: August 9, 2007                                /s/ Roderick Thompson
                                                    Roderick Thompson


## ORDER

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference has been reset to Friday, November 2, 2007 at 2:00 pm.

**IT IS SO ORDERED**.

DATED: _____        _____
                                     The Honorable Susan Illston
                                     United States District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST AND [PROPOSED]
ORDER TO RESET CASE MANAGEMENT          - 3 -                          22319\1312125.1
CONFERENCE
Case No.: C 07 3257