Roderick M. Thompson (State Bar No. 096192)
Eugene Y. Mar (State Bar No. 227071)
June T. Tai (State Bar No. 226997)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
VISA U.S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A.,<br><br>　　　　　Defendants. | Case No.  C 07 3257 SI<br><br>**STIPULATED REQUEST TO RESET CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor |

　　　　Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff PrivaSys, Inc. ("Plaintiff") and Defendants Visa International Service Association and Visa U.S.A. (collectively, "Defendants"), by and through counsel, hereby stipulate as follows:

　　　　WHEREAS on June 20, 2007, Plaintiff filed its Complaint;

　　　　WHEREAS the parties have previously stipulated that the deadline for the Defendants to answer or otherwise respond was extended until August 21, 2007;

　　　　WHEREAS on July 16, 2007, this case was reassigned to the Honorable Susan Illston and a Case Management Conference was set for Friday, October 19, 2007;

　　　　WHEREAS lead counsel for Visa U.S.A. has a preexisting and long-planned commitment to be in Washington D.C. on Friday, October 19, 2007;

STIPULATED REQUEST AND [PROPOSED]
ORDER TO RESET CASE MANAGEMENT
CONFERENCE
Case No.: C 07 3257

22319\1312125.1

1  WHEREAS the parties have conferred and mutually agreed that they are available for a Case Management Conference on Friday, November 2, 2007;

WHEREAS resetting the Case Management Conference for two weeks will also provide the parties with an additional two weeks to prepare their Preliminary Infringement and Preliminary Invalidity Contentions pursuant to Patent L.R. 3-1 and 3-3;

NOW THEREFORE, the parties through their undersigned counsel hereby stipulate and request the Court to reset the Case Management Conference to Friday, November 2, 2007.

**IT IS SO STIPULATED:**

Dated: August 9, 2007                         FARELLA BRAUN & MARTEL LLP

                                              By:      /s/ Roderick Thompson
                                                       Roderick Thompson

                                              Attorneys for Defendant
                                              VISA U.S.A

Dated: August 9, 2007                         MAYER, BROWN, ROWE & MAW LLP

                                              By:      /s/ Ian Feinberg
                                                       Ian Feinberg

                                              Attorneys for Defendant
                                              VISA INTERNATIONAL SERVICE
                                              ASSOCIATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST AND [PROPOSED]
ORDER TO RESET CASE MANAGEMENT      - 2 -                                    22319\1312125.1
CONFERENCE
Case No.: C 07 3257

Dated: August 9, 2007                                   HOSIE MCARTHUR LLP

By:     */s/ Spencer Hosie*
          Spencer Hosie

Attorneys for Plaintiff
PRIVASYS, INC.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Date:    August 9, 2007                                 */s/ Roderick Thompson*
          Roderick Thompson

## ORDER

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference has been reset to Friday, November 2, 2007 at 2:00 pm.

**IT IS SO ORDERED**.

DATED:    08/10/07                                      The Honorable Susan Illston
                                                        United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Susan Illston]*
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST AND [PROPOSED] ORDER TO RESET CASE MANAGEMENT CONFERENCE
Case No.: C 07 3257

- 3 -

22319\1312125.1