Roderick M. Thompson (State Bar No. 096192)
Eugene Y. Mar (State Bar No. 227071)
June T. Tai (State Bar No. 226997)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
VISA U.S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.,<br><br>           Plaintiff,<br><br>      vs.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A.,<br><br>           Defendants and<br>           Counterclaimants. | Case No.  C 07 3257 SI<br><br>**DEFENDANT AND COUNTERCLAIMANT VISA U.S.A.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  August 21, 2007                FARELLA BRAUN & MARTEL LLP


                                       By:     /s/ Roderick Thompson
                                                   Roderick Thompson

                                       Attorneys for Defendant
                                       VISA U.S.A

CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS

Case No.: C 07 3257

22319\1324990.1