1  IAN N. FEINBERG (SBN 88324)
    ifeinberg@mayerbrownrowe.com
2  W. JOSEPH MELNIK (*pro hac vice*)
    jmelnik@mayerbrownrowe.com
3  ERIC B. EVANS (SBN 232476)
    eevans@mayerbrownrowe.com
4
   MAYER BROWN ROWE & MAW LLP
5  Two Palo Alto Square, Suite 300
   3000 El Camino Real
6  Palo Alto, CA  94306-2112
   Telephone:  (650) 331-2000
7  Facsimile:   (650) 331-2060

8  Attorneys for Defendant and Counterclaimant
   VISA INTERNATIONAL SERVICE ASSOCIATION
9

10                 **UNITED STATES DISTRICT COURT**

11                      **NORTHERN DISTRICT**

12                     **SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| PRIVASYS, INC., | Case No. C 07-3257 SI |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME** |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A., | |
| Defendants. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Counterclaimant, | |
| v. | |
| PRIVASYS, INC., | |
| Counterclaim Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTE THAT, effective August 31, 2007, the name of the law firm of counsel of record for Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Adobe Systems Incorporated. will change from MAYER, BROWN, ROWE & MAW LLP to MAYER BROWN LLP.

Counsel's address will remain the same, other than the firm name:

>    Ian N. Feinberg
>    W. Joseph Melnik
>    Eric B. Evans
>    MAYER BROWN LLP
>    Two Palo Alto Square, Suite 300
>    3000 El Camino Real
>    Palo Alto, Califonia 94306-2112
>    Telephone:    (650) 331-2000
>    Facsimile:    (650) 331-2060

Please use the new firm name in all pleadings, correspondence, and other documents after August 31, 2007.

Dated: August 22, 2007                    MAYER, BROWN, ROWE & MAW LLP

                                          By:  /s/ Eric B. Evans
                                               Eric B. Evans

                                          Attorneys for Defendant
                                          VISA INTERNATIONAL SERVICE
                                          ASSOCIATION