SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| PRIVASYS, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A. <br><br> Defendants and Counterclaimants | Case No. C 07-03257 SI <br><br> **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** <br><br> Hearing Date: November 16, 2007 <br> Hearing Time: 9:00 a.m. <br> The Honorable Susan Illston <br> Courtroom 10, 19th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that on November 16, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard by the Court, located at 450 Golden Gate Ave., San Francisco, CA 94102, Plaintiff will and hereby does move for an order granting leave

to file its Amended Complaint, and thereby adding as defendants to this case JPMorgan Chase & Co., Chase Bank, N.A., Chase Bank, USA, N.A., Wells Fargo & Company and Wells Fargo Bank, N.A.  A true and correct copy of the Amended Complaint is attached hereto as Exhibit A. This motion is brought pursuant to Rules 15 and 20 of the Federal Rules of Civil Procedure, on the grounds that joinder of the defendants to be added in the Amended Complaint is proper, and that amendment to add these parties is proper and justice so requires.

This motion is based on this Notice of Motion and Motion and Amended Complaint attached hereto, the Memorandum of Points and Authorities and Declaration of Spencer Hosie filed herewith, all papers and pleadings on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated:  September 28, 2007                    Respectfully submitted,

/s/ Spencer Hosie
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.