SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| PRIVASYS, INC.,<br><br>  Plaintiff and Counter-Defendant,<br><br>  v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A.<br><br>  Defendants and Counterclaimants | Case No. C 07-03257 SI<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Hearing Date:  November 16, 2007<br>Hearing Time:  9:00 a.m.<br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor |

The Motion of Plaintiff PrivaSys, Inc. for Leave to File Amended Complaint came on for hearing before this court on November 16, 2007.  The Court having considered the briefs and arguments of counsel, and all other matters presented to the Court,

1
2    IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.
3    DATED: November ____, 2007        _____
4                                      Susan Illston, United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION            2            CASE NO. C 07-03257 SI
FOR LEAVE TO FILE AMENDED COMPLAINT