SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| PRIVASYS, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A. <br><br> Defendants and Counterclaimants | Case No. C 07-03257 SI <br><br> **DECLARATION OF SPENCER HOSIE IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** <br><br> Hearing Date: November 16, 2007 <br> Hearing Time: 9:00 a.m. <br> The Honorable Susan Illston <br> Courtroom 10, 19th Floor |

I, Spencer Hosie, declare as follows:

1. I am one of the attorneys of record for plaintiff PrivaSys, Inc. in this action, and make this declaration in support of PrivaSys' motion for leave to file

DECLARATION OF SPENCER HOSIE IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT                1                CASE NO. C 07-03257 SI

amended complaint.  I make this declaration of my own personal knowledge.  If called upon to testify to the matters stated herein, I could and would testify to them competently.

2. On September 20, 2007, I asked one of Visa's attorneys, Rod Thompson, if Visa would consent to amend the complaint to add Chase and Wells as defendants.  He said he would check with his client get back to me with a response.  I have not yet received a response.  On September 26, 2007, I asked Andy Leibnitz, another Visa lawyer, if Visa had a response to my request.  He said he did not know.  Thus, as of this date, Visa has not consented to the relief requested in this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 28, 2007            /s/ Spencer Hosie
                                      SPENCER HOSIE

DECLARATION OF SPENCER HOSIE IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT                2                CASE NO. C 07-03257 SI