SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| PRIVASYS, INC.,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A.<br><br>    Defendants and Counterclaimants | Case No. C 07-03257 SI<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Janine DeAndre, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie McArthur LLP, One Market, Spear Tower, 22nd Floor, San Francisco, California, 94105.

On September 28, 2007, I served the following attached

- Notice of Motion and Motion for Leave to File Amended Complaint
- [Proposed] Order Granting Motion for Leave to File Amended Complaint
- Memorandum in Support of Motion for Leave to File Amended Complaint
- Declaration of Spencer Hosie in Support of Motion for Leave to File Amended Complaint

by Federal Express at San Francisco, California, addressed to the following parties:

| | |
|---|---|
| Stephen M. Cutler | James M. Strother |
| Executive Vice President, General Counsel | Executive Vice Present, General Counsel |
| JPMorgan Chase & Company | Wells Fargo & Company |
| Chase Bank, N.A. | Wells Fargo Bank, N.A. |
| Chase Bank, USA, N.A. | 420 Montgomery Street |
| 270 Park Avenue | San Francisco, CA 94104 |
| New York, NY 10017 | |

by electronic service via the U.S. District Court, Northern District of California's e-filing system:

| | |
|---|---|
| Ian Neville Feinberg | Roderick M. Thompson |
| Eric Butler Evans | Farella Braun & Martel LLP |
| Mayer Brown Rowe & Maw LLP | Russ Building |
| Two Palo Alto Square, Suite 300 | 235 Montgomery Street, 17th Floor |
| 3000 El Camino Real | San Francisco, CA 94104 |
| Palo Alto, CA 94306-2112 | |

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:   September 28, 2007

                                              /s/ Janine DeAndre
                                            Janine DeAndre