# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Privasys, Inc.,<br><br>              Plaintiff(s),<br><br>       v.<br><br>VISA International Service Association,<br><br>              Defendant(s). | 07-03257 SI<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: October 18, 2007

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-03257 SI                    -2-

**PROOF OF SERVICE**

Case Name:		Privasys, Inc. v. VISA International Service Association

Case Number:		07-03257 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>	ADR Program
>	United States District Court
>	Norther District of California
>	450 Golden Gate Avenue Floor 16
>	San Francisco, CA 94102

On October 18, 2007, I served a true and correct copy of:

>	**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>	Bruce J. Wecker
>	Hosie McArthur LLP
>	One Market, Spear Street Tower
>	22nd Floor
>	San Francisco, CA 94105
>	bwecker@hosielaw.com
>
>	Spencer Hosie
>	Hosie McArthur LLP
>	One Market Street
>	Spear Street Tower
>	22nd Floor
>	San Francisco, CA 94105
>	shosie@hosielaw.com
>
>	George F. Bishop
>	Hosie McArthur LLP
>	One Market Street
>	Spear Street Tower
>	22nd Floor
>	San Francisco, CA 94105

gbishop@hosielaw.com

Ian Neville Feinberg
Mayer Brown Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112

W. Joseph Melnik
Mayer Brown Rowe & Maw LLP
Two Palo Alto Square, Ste. 300
Palo Alto, CA 94306
jmelnik@mayerbrownrowe.com

Eric Butler Evans
Mayer Brown Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112

Ian N. Feinberg
Mayer Brown LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306-1433
ifeinberg@mayerbrownrowe.com

Eugene Y. Mar
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
emar@fbm.com

Roderick Manley Thompson
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
rthompson@fbm.com

June Tsu-Ain Tai
Farella Braun & Martell LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
jtai@fbm.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 18, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov