UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PrivaSys, Inc.

CASE NO. C 07-3257 SI

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Visa International Service Association, Visa U.S.A.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  Nov. 2, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Spencer Hosie | PrivaSys, Inc. | 415.247.6000 | shosie@hosielaw.com |
| Robert J. Yorio | PrivaSys, Inc. | 650.812.3400 | yorio@carrferrell.com |
| Roderick M. Thompson | Visa U.S.A. | 415.954.4400 | rthompson@fbm.com |
| Ian N. Feinberg | Visa International Service Association | 650.331.2000 | ifeinberg@mayerbrownrowe.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/18/2007                                      /s/ Spencer Hosie
                                                       Attorney for Plaintiff

Dated: 10/18/2007                                      /s/ Andrew Leibnitz
                                                       Attorney for Defendant

Rev 12.05