UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PrivaSys, Inc.

                        Plaintiff(s),

          v.

Visa International Service Association,
Visa U.S.A.

                        Defendant(s).
_____/

Case No. C 07-3257 SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Oct. 18, 2007                                                         /s/ David Patterson
                                                                           [Party]

Dated: Oct. 18, 2007                                                          /s/ Spencer Hosie
                                                                           [Counsel]