October 18, 2007

VIA HAND DELIVERY

The Honorable Susan Illston
United States District Judge
United States District Court
 for the Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA  94102

       Re:   *PrivaSys, Inc. v. Visa International Service Association et al.*,
              Case No. C 07-03257 SI

Dear Judge Illston:

      I write this letter on behalf of all parties.  Plaintiff PrivaSys, Inc., and defendants Visa International Service Association and Visa U.S.A., would like to mention that a case management conference in this case is set for November 2, and that PrivaSys' motion for leave to amend its complaint is set for hearing on November 16.  By its motion, PrivaSys seeks leave to add two sets of defendants, JP Morgan Chase and Wells Fargo (*i.e.*, J.P. Morgan Chase & Co., Chase Bank, N.A., Chase Bank, USA, N.A., Wells Fargo & Co., and Wells Fargo, N.A.).  Defendants will oppose the motion.

      On these facts, it may be the Court's preference to defer the case management conference until the date of the motion hearing.  Alternatively, the Court may prefer to go forward with the case management conference as scheduled and accomplish what can be accomplished, even given the pending motion.  The parties would be pleased to provide any additional information that might be of assistance to the Court in this matter.

                                          Very truly yours,

                                          /s/ Spencer Hosie
                                          Spencer Hosie
                                          Counsel for Plaintiff PrivaSys, Inc.

Cc:    Roderick M. Thompson, counsel for defendant Visa U.S.A.
        Ian N. Feinberg, Joseph Melnik, counsel for defendant Visa International Service
        Association