Rod Thompson (State Bar No. 96162)
Eugene Y. Mar (State Bar No. 227071)
June T. Tai (State Bar No. 226997)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: rthompson@fbm.com
Email: emar@fbm.com
Email: jtai@fbm.com

Attorneys for Defendant and Counterclaim Plaintiff
Visa U.S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS INC.,<br><br>　　　　Plaintiff – Counterclaim Defendant,<br><br>vs.<br><br>VISA INT'L SERVICES ASSN., VISA U.S.A.,<br><br>　　　　Defendants – Counterclaim Plaintiffs. | Case No. 07-03257 SI<br><br>**ADR CERTIFICATION BY DEFENDANT AND COUNTERCLAIM PLAINTIFF VISA U.S.A. AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

1.   Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California;"

2.   Discussed the available dispute resolution options provided by the Court and private entities; and

//

//

//

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ADR CERTIFICATION BY VISA U.S.A.
AND COUNSEL / CASE NO. 07-3257 SI

22319\1366411.1

3. Considered whether this case might benefit from any of the available dispute resolution options.

DATED: October 22, 2007

Visa U.S.A. Inc.

By: [signature]

DATED: October ___, 2007

FARELLA BRAUN & MARTEL LLP

By: /s/
Andrew Leibnitz

Attorneys for Defendant and
Counterclaim Plaintiff
Visa U.S.A.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ADR CERTIFICATION BY VISA U.S.A.
AND COUNSEL / CASE NO. 07-3257 SI

- 2 -

22319\1366411.1