SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP
gbishop@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| PRIVASYS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A.<br><br>             Defendant | Case No. C 07-03257 SI<br><br>**STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor<br>Conference Date:  November 2, 2007<br>Time:  2:00 p.m. |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff PrivaSys, Inc. ("Plaintiff") and

Defendants Visa International Service Association and Visa U.S.A. (collectively,

"Defendants"), by and through counsel, hereby stipulate as follows:

STIPULATED REQUEST TO RESCHEDULE         1                      CASE NO. C 07-03257 SI
CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

WHEREAS on July 16, 2007, this case was reassigned to the Honorable Susan Illston and a Case Management Conference was set for Friday, October 19, 2007;

WHEREAS upon stipulation of all parties and by order of the Court dated August 10, 2007, the date for the Case Management Conference in this case was rescheduled to November 2, 2007, and said conference is currently scheduled to go forward on November 2, 2007;

WHEREAS on September 28, 2007 plaintiff PrivaSys filed a motion for leave to amend its complaint to add as defendants J.P. Morgan Chase & Co., Chase Bank, N.A., Chase Bank, USA, N.A., Wells Fargo & Co., and Wells Fargo, N.A., and Defendants will contest this motion;

WHEREAS Plaintiff's motion for leave to amend is set for hearing before the Court on November 16, 2007 at 9:00 a.m., that is, 14 days after the currently-scheduled date for the Case Management Conference;

WHEREAS, Plaintiff also expects to state by November 16, 2007, based on communications with certain additional Visa member banks, whether such parties will be added as defendants; and

WHEREAS, the parties, recognizing that they currently are in disagreement as to whether the motion to amend to add parties should be granted and whether the motion, if granted, will impact the pretrial schedule, believe that re-scheduling the Case Management Conference to immediately follow the hearing on the motion for leave to amend may be of assistance to the Court and the parties in agreeing upon and/or setting a pretrial schedule for this case.

NOW THEREFORE, the parties through their undersigned counsel hereby stipulate and request that the Court reset the Case Management Conference to Friday, November 16, 2007, to immediately follow the hearing on Plaintiff's motion to amend or at such time as the Court may set.

**IT IS SO STIPULATED:**

Dated: October 23, 2007        HOSIE McARTHUR LLP


By:  */s/ Spencer Hosie*
          Spencer Hosie

Attorneys for Plaintiff
PRIVASYS, INC.

Dated: October 23, 2007        FARELLA BRAUN & MARTEL LLP


By:  */s/ Roderick Thompson*
          Roderick Thompson

Attorneys for Defendant
VISA U.S.A.

Dated: October 23, 2007        MAYER BROWN LLP


By:  */s/ Joseph Melnik*
          Joseph Melnik

Attorneys for Defendant
VISA INTERNATIONAL SERVICE ASSOCIATION

I hereby attest that concurrence in the filing of this stipulation has been obtained for all signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Date:  October 23, 2007        */s/ Spencer Hosie*
          Spencer Hosie
          Attorneys for Plaintiff
          PRIVASYS, INC.

## **ORDER**

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference is reset to Friday, November 16, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                        The Honorable Susan Illston
                                                                        United States District Judge