1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP
   gbishop@hosielaw.com
4  HOSIE McARTHUR LLP
   One Market, 22nd Floor
5  San Francisco, CA 94105
6  (415) 247-6000 Tel.
   (415) 247-6001 Fax
7
8  ROBERT J. YORIO (CA Bar No. 93178)
   yorio@carrferrell.com
9  CARR & FERRELL LLP
   2200 Geng Road
10 Palo Alto, CA  94303
   (650) 812-3400 Tel.
11 (650) 812-3444 Fax
12
   Attorneys for Plaintiff
13 PRIVASYS, INC.
14
15                UNITED STATES DISTRICT COURT
16      FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)
17

| | |
|---|---|
| 18  PRIVASYS, INC., | Case No. C 07-03257 SI |
| 19            Plaintiff, | **STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| 20       v. | |
| 21  VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A. | The Honorable Susan Illston |
| 22            Defendant | Courtroom 10, 19th Floor |
| 23 | Conference Date:  November 2, 2007 |
|    | Time:  2:00 p.m. |

24
25         Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff PrivaSys, Inc. ("Plaintiff") and
26 Defendants Visa International Service Association and Visa U.S.A. (collectively,
27 "Defendants"), by and through counsel, hereby stipulate as follows:
28

STIPULATED REQUEST TO RESCHEDULE             1              CASE NO. C 07-03257 SI
CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

WHEREAS on July 16, 2007, this case was reassigned to the Honorable Susan Illston and a Case Management Conference was set for Friday, October 19, 2007;

WHEREAS upon stipulation of all parties and by order of the Court dated August 10, 2007, the date for the Case Management Conference in this case was rescheduled to November 2, 2007, and said conference is currently scheduled to go forward on November 2, 2007;

WHEREAS on September 28, 2007 plaintiff PrivaSys filed a motion for leave to amend its complaint to add as defendants J.P. Morgan Chase & Co., Chase Bank, N.A., Chase Bank, USA, N.A., Wells Fargo & Co., and Wells Fargo, N.A., and Defendants will contest this motion;

WHEREAS Plaintiff's motion for leave to amend is set for hearing before the Court on November 16, 2007 at 9:00 a.m., that is, 14 days after the currently-scheduled date for the Case Management Conference;

WHEREAS, Plaintiff also expects to state by November 16, 2007, based on communications with certain additional Visa member banks, whether such parties will be added as defendants; and

WHEREAS, the parties, recognizing that they currently are in disagreement as to whether the motion to amend to add parties should be granted and whether the motion, if granted, will impact the pretrial schedule, believe that re-scheduling the Case Management Conference to immediately follow the hearing on the motion for leave to amend may be of assistance to the Court and the parties in agreeing upon and/or setting a pretrial schedule for this case.

STIPULATED REQUEST TO RESCHEDULE    2    CASE NO. C 07-03257 SI
CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER

NOW THEREFORE, the parties through their undersigned counsel hereby stipulate and request that the Court reset the Case Management Conference to Friday, November 16, 2007, to immediately follow the hearing on Plaintiff's motion to amend or at such time as the Court may set.

**IT IS SO STIPULATED:**

Dated: October 23, 2007                HOSIE McARTHUR LLP

By: */s/ Spencer Hosie*
       Spencer Hosie

Attorneys for Plaintiff
PRIVASYS, INC.

Dated: October 23, 2007                FARELLA BRAUN & MARTEL LLP

By: */s/ Roderick Thompson*
       Roderick Thompson

Attorneys for Defendant
VISA U.S.A.

Dated: October 23, 2007                MAYER BROWN LLP

By: */s/ Joseph Melnik*
       Joseph Melnik

Attorneys for Defendant
VISA INTERNATIONAL SERVICE ASSOCIATION

I hereby attest that concurrence in the filing of this stipulation has been obtained for all signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Date:  October 23, 2007                */s/ Spencer Hosie*
                                        Spencer Hosie
                                        Attorneys for Plaintiff
                                        PRIVASYS, INC.

1

2  **ORDER**

3  PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the Case

4  Management Conference is reset to Friday, November 16, 2007 at 9:00 a.m.

5  **IT IS SO ORDERED.**

6

7

8  Dated: _____   _____
The Honorable Susan Illston
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO RESCHEDULE          4          CASE NO. C 07-03257 SI
CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER