Roderick M. Thompson (State Bar No. 096192)
rthompson@fbm.com
Andrew Leibnitz (State Bar No. 184723)
aleibnitz@fbm.com
Eugene Y. Mar (State Bar No. 227071)
emar@fbm.com
June T. Tai (State Bar No. 226997)
jtai@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant and Counter-Claim Plaintiff
VISA U.S.A.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.,<br><br>Plaintiff-Counterclaim Defendant,<br><br>vs.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A.,<br><br>Defendants-Counterclaim Plaintiffs. | Case No. 07 3257 SI<br><br>**DECLARATION OF RODERICK M. THOMPSON IN SUPPORT OF OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Hearing Date: November 16, 2007<br>Hearing Time: 9:00 a.m.<br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor |

I, Roderick M. Thompson, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and a member of the law firm of Farella Braun & Martel LLP ("Farella"), counsel of record in this action for Defendant-Counterlaim Plaintiff VISA U.S.A Inc. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify completely thereto.

---

1

DECLARATION OF RODERICK M. THOMPSON IN SUPPORT OF
OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

22319\1367300.1

2.  Attached as Exhibit A is a true and correct copy of U.S. Patent No. 7,195,154, issued to Larry Routhenstein on March 27, 2007.

3.  Attached as Exhibit B is a true and correct copy of an Order Granting in Part and Denying in Part Motion to Bifurcate and Granting Motion to Stay [customer suits entitled "Speedtrack II"], Case Nos. 06-7336 PJH & 07-3602 PJH (N.D. Cal. October 10, 2007).

I declare under penalty of perjury under the laws of the State of California the United States of America that the foregoing is true and correct.

Executed this 26th day of October 2007 at San Francisco, California.

/s/ Roderick M. Thompson
Roderick M. Thompson