1  Roderick M. Thompson (State Bar No. 096192)
   Eugene Y. Mar (State Bar No. 227071)
2  June T. Tai (State Bar No. 226997)
   Farella Braun & Martel LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5
   Attorneys for Defendant and Counterclaim Plaintiff
6  VISA U.S.A.

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11
   PRIVASYS, INC.,                          Case No. 07 3257 SI
12
              Plaintiff-Counterclaim Defendant,
13                                            **ORDER DENYING PRIVASYS, INC.'S**
   vs.                                        **MOTION FOR LEAVE TO FILE**
14                                            **AMENDED COMPLAINT**
   VISA INTERNATIONAL SERVICE
15 ASSOCIATION, VISA U.S.A.,                 Hearing Date:  November 16, 2007
                                             Hearing Time:  9:00 a.m.
16            Defendants-Counterclaim Plaintiffs.   The Honorable Susan Illston
                                             Courtroom 10, 19th Floor
17

18

19        Upon consideration of the briefs and supporting papers filed in support of and in opposition

20 to Plaintiffs' Motion for Leave to File Amended Complaint, and the argument of counsel,

21 IT IS HEREBY ORDERED that:

22        1.    This Court DENIES Plaintiff's Motion for Leave to File Amended Complaint.

23

24 **IT IS SO ORDERED.**

25

26 Dated: _____, 2007

27                                           _____
                                             Hon. Susan Illston
                                             Judge of U.S. District Court
28

                                          1
22319\1367317.1