SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| PRIVASYS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A.<br><br>  Defendants | Case No. C 07-03257 SI<br><br>**REPLY DECLARATION OF GEORGE BISHOP IN SUPPORT OF PRIVASYS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Hearing Date: November 16, 2007<br>Hearing Time: 9:00 a.m.<br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor |

I, George Bishop, declare as follows:

1. I am one of the attorneys of record for plaintiff PrivaSys, Inc. in this action, and make this declaration in support of PrivaSys' motion for leave to file an

amended complaint. I make this declaration of my own personal knowledge. If called upon to testify to the matters stated herein, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Form S-4 Registration Statement of Visa Inc., filed August 29, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Master Agreement between JP Morgan Chase Bank, N.A. and Visa U.S.A. Inc., which is attached as Exhibit 10.2 to the S-4 Registration Statement.

4. Attached hereto as Exhibit C is a true and correct copy of *Alloc, Inc. v. Unilin Décor N.V.*, No. 02-C-1266, 2005 U.S. Dist. LEXIS 38066 at *10 (E.D. Wisc. Dec. 15, 2005).

3. Attached hereto as Exhibit D is a true and correct copy of *Applied Interact, LLC v. The Vermont Teddy Bear Co., Inc*., No. 04 Civ. 8713, 2005 U.S. Dist. LEXIS 19070 (S.D.N.Y. Sept. 6, 2005).

4. Attached hereto as Exhibit E is a true and correct copy of *Beck Systems, Inc. v. Marimba, Inc., et al*., No. 01 C 5207, 2001 U.S. Dist. LEXIS 19023 (N.D. Ill. Nov. 19, 2001).

5. Attached hereto as Exhibit F is a true and correct copy of *Faroudja Labs., Inc. v. Dwin Elecs., Inc*., No. 97-20010-SW, 1999 U.S. Dist. LEXIS 22987 at *15 (N.D. Cal. Feb. 24, 1999).

6. Attached hereto as Exhibit G is a true and correct copy of *Hill v. Amazon.com*, No. 2:02-CV-186, 2006 U.S. Dist. LEXIS 3389 (E.D.Tex. Jan. 19, 2006).

7. Attached hereto as Exhibit H is a true and correct copy of *Lifelink Pharmaceuticals, Inc. v. NDA Consulting, Inc*., No. 5:07-CV-785, 2007 U.S. Dist. LEXIS 62674 (N.D. Ohio Aug. 24, 2007).

8. Attached hereto as Exhibit I is a true and correct copy of *Marley Mouldings Ltd. v. Mikron Indus., Inc*., No. 02 C 2855, 2003 U.S. Dist. LEXIS 7211 (N.D. Ill. Apr. 30, 2003).

9. Attached hereto as Exhibit J is a true and correct copy of *McZeal v. Sprint Nextel Corp.*, No. 2006-1548, 2007 U.S. App. LEXIS 22025 (Fed. Cir. Sept. 14, 2007).

10. Attached hereto as Exhibit K is a true and correct copy of *Mitsubishi Elec. Corp. v. IMS Tech., Inc.*, No. 96 C 0499, 1996 U.S. Dist. LEXIS 12239 (N.D. Ill. Aug. 21, 1996).

11. Attached hereto as Exhibit L is a true and correct copy of *Rates Technology, Inc. v. New York Telephone Co.*, 94 Civ. 9297 (DC), 1995 U.S. Dist. LEXIS 10254 (S.D.N.Y. July 23, 1995).

12. Attached hereto as Exhibit M is a true and correct copy of *Visa U.S.A. Inc. v. First Data Resources, Inc*., No. C 02-01786 JSW, 2005 U.S. Dist. LEXIS 34281 at *4 (N.D. Cal. Aug. 15, 2005).

13. Attached hereto as Exhibit N is a true and correct copy of *Williams Gold Refining Co. Inc. v. Semi-Alloys* Inc., No. civ. 75-300, 1978 U.S. Dist LEXIS 19777 (W.D.N.Y. Feb. 2, 1978).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  November 2, 2007            */s/ George Bishop*
                                    GEORGE BISHOP