# EXHIBIT A

S-4/A 1 ds4a.htm AMENDMENT NO. 4 TO FORM S-4

**Table of Contents**

As filed with the Securities and Exchange Commission on August 29, 2007

Registration No. 333-143966

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## AMENDMENT No. 4
## TO
## FORM S-4
## REGISTRATION STATEMENT
### UNDER
### THE SECURITIES ACT OF 1933

# VISA INC.
*(Exact name of Registrant as specified in its charter)*

| Delaware | 7389 | 26-0267673 |
|---|---|---|
| *(State or other jurisdiction of Incorporation or organization)* | *(Primary Standard Industrial Classification Code Number)* | *(I.R.S. Employer Identification Number)* |

**P.O. Box 8999**
**San Francisco, California 94128-8999**
**(415) 932-2100**
*(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)*

**Joseph W. Saunders**
**Chief Executive Officer and Chairman of the Board of Directors**
Visa Inc.
**P.O. Box 8999**
**San Francisco, California 94128-8999**
**(415) 932-2100**
*(Name, address, including zip code, and telephone number, including area code, of agent for service)*

*With copies to:*
Kevin Keogh
Mark L. Mandel
S. Ward Atterbury
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

Approximate date of commencement of the proposed sale of the securities to the public: At the restructuring closing date described herein, which is expected to occur as soon as practicable after the effective date of this registration statement and the satisfaction or waiver of all conditions to the closing of the restructuring.

If the securities being registered on this Form are being offered in connection with the formation of a holding company and there is compliance with General Instruction G, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Table of Contents

*Open-Loop Versus Closed-Loop Payment Networks*

General purpose and limited-purpose payments networks primarily operate under two different business models. Open-loop payments networks, such as Visa and MasterCard, are multi-party and operate through a system that connects two financial institutions—one that issues the card to the cardholder, the issuing financial institution or issuer, and one that has the banking relationship with the merchant, the acquiring financial institution or acquirer—and manages information and the flow of value between them. In a typical closed-loop payments network, the payment services are provided directly to merchants and cardholders by the owner of the network, without involving third-party financial institution intermediaries. Closed-loop networks can range in size from networks such as American Express and Discover, which issue cards directly to consumers and serve merchants directly, to an individual merchant that issues limited-purpose private-label credit cards to its customers for use only in that merchant's stores. In recent years, the major closed-loop networks have begun to develop relationships directly with financial institution issuers and acquirers, thereby emulating certain aspects of the open-loop networks.

Operators of open-loop networks such as Visa, generally do not issue cards, set fees or determine interest rates that cardholders are charged for use of their cards. Issuers have the responsibility for determining these and many other card features. In addition, such networks generally do not solicit merchants directly or establish the fees that merchants are charged for card acceptance, including the merchant discount rate. Both of these functions are generally the responsibility of acquirers. The following table outlines the major functions of each of the three major participants in the payments network.

|  | Issuer (Cardholder's Financial Institution) | Payments network (e.g., Visa) | Acquirer (Merchant's Financial Institution) |
|---|---|---|---|
| *Primary Customers* | Cardholders | Issuers and acquirers | Merchants |
| *Products and Services* | Issues cards to its cardholders based on payments network product platforms (*e.g.*, credit, debit) | Offers broad range of product platforms (*e.g.* credit, debit) to financial institutions | Establishes and maintains account with merchant to: |
|  | Establishes and maintains accounts with cardholders (either consumers or businesses) | Operates data processing network that transfers transaction data and manages payment flow between issuers and acquirers | · Provide connectivity to a payments network<br>— Acquire receivables from merchant<br>— Guarantee payment to merchant for receivables |
| *Branding* | Issues cards that feature its own brand and that of a payments network | Establishes and maintains payments network brand for payment products and acceptance locations | Delivers payments network acceptance services under its own brand |

133

**Table of Contents**

|  | Issuer (Cardholder's Financial Institution) | Payments network (e.g., Visa) | Acquirer (Merchant's Financial Institution) |
|---|---|---|---|
| *Rules and Terms* | Establishes applicable cardholder terms, including fees, interest rates and payment schedules for cardholders independently of the payments network and in contract with its cardholders | Establishes rules and standards for its product platforms and payments network including:<br>— Eligibility for participation in network<br>— Authorization and clearing of transactions<br>— Financial settlement<br>— Product platform features and functionality<br>— Merchant acceptance standards<br>— Dispute resolution and arbitration processes | Establishes any applicable merchant fees and/or discount rates independently of the payments network and in contract with its merchants |
| *Functions Performed in Connection with Payment Transaction** | Authorizes cardholder transactions<br><br>Funds settlement obligations for its cardholder's purchases<br><br>Collects payment from cardholder<br><br>Assumes risk of cardholder non-payment or late payment | Transfers authorization and clearing data and settles funds between issuer and acquirer<br><br>Performs payments network risk management and related functions | Receives settlement funds from issuers<br><br>Credits merchant for value of payment transactions<br><br>Assumes risk of merchant non-fulfillment of transaction obligation<br><br>Assumes responsibility for merchant compliance with network security and other rules |

\* In many instances, an issuer or acquirer may enter into an agreement with a third party processor to perform some of these functions on its behalf.

134

Table of Contents

## BUSINESS OF VISA INC.

### Overview

Visa operates the world's largest retail electronic payments network. We facilitate global commerce through the transfer of value and information among financial institutions, merchants, consumers, businesses and government entities, and the Visa brand is the world's most recognized global financial services brand. Our primary customers are financial institutions that are currently also members of Visa International, Visa U.S.A. and Visa Canada, for which we provide processing services and payment product platforms, including platforms for consumer credit, debit, prepaid and commercial payments. Our centralized and integrated payments transaction processing system allows us to offer a broad range of product platforms, transaction processing and related services, including fraud and risk management, dispute resolution, loyalty applications, and value-added information services. Our customers reported that, as of March 31, 2007, they had issued more than 1.4 billion cards carrying our brands: Visa, Visa Electron, PLUS and Interlink. According to information reported to us by our customers, these cards were accepted at more than 27 million merchant outlets and one million ATMs, and the total payments and cash volume on these cards during the twelve months ended March 31, 2007 was more than $3.3 trillion. We believe that, based on our brand, size and product breadth, we are the leading electronic payments company in the world.

Our business primarily consists of the following:

- we offer a wide range of branded payments product platforms, which our customers use to develop and offer credit, charge, deferred debit, debit, prepaid and cash access programs for cardholders (individuals, businesses and government entities);

- we own a family of well-known, widely-accepted payment brands, including Visa, Visa Electron, PLUS and Interlink, which we license to our customers for use in their payment programs;

- we manage and promote our brands for the benefit of our customers through advertising, promotional and sponsorship initiatives and by encouraging card usage and merchant acceptance;

- we provide transaction processing services (primarily authorization, clearing and settlement) to our customers through VisaNet, our secure, centralized, global processing platform;

- we provide various other value-added processing-related services to our customers, including fraud and risk management services, dispute management services, information services and processing services;

- we develop new products and services to enable our customers to offer efficient and effective payment methods to their cardholders and merchants; and

- we adopt and enforce rules applicable to our customers to ensure the efficient and secure functioning of our payments network and the maintenance and promotion of our brands.

**Table of Contents**

soliciting and signing merchants and acquiring merchant transactions. Principal members may also sponsor other financial institutions for levels of membership that involve more limited participation in our network.

*Rulemaking and Enforcement*

In general, our members are granted licenses to use our brands and access to our transaction processing systems. Our members are obligated to honor rules and standards established by us, which apply to their use of our branded programs and their participation in our transaction processing system. Variations on such rules and standards may exist in different regions and countries to meet the needs of local markets. We require our members to comply with these rules, which relate to such matters as the use of our brands and trademarks, the standards, design and features of payment cards and programs, merchant acquiring activities, including acceptance standards applicable to merchants, use of agents, disputes between members, risk management, guaranteed settlement, member financial failures and allocation of losses among members.

We establish dispute resolution procedures between members relating to specific transactions. For example, after a transaction is presented to an issuer, the issuer may determine that the transaction is invalid for a variety of reasons, including fraud. If the issuer believes there is a defect in a transaction, the issuer may return, or charge back, the transaction to the acquirer. We enforce rules relating to chargebacks and act as an arbitrator of last resort with respect to chargeback disputes.

*Member Risk Management*

We indemnify our members for any loss suffered due to the failure of a member to fund its daily settlement obligations because of technical problems, liquidity shortfall, insolvency or other reasons. In certain instances we indemnify members even in situations in which a transaction is not processed by our system. No material loss related to settlement risk was incurred for fiscal 2006, 2005 or 2004.

To manage our exposure in the event our members fail to fund their settlement obligations, we have a member risk policy with a formalized set of credit standards and risk control measures. Members with significant settlement exposure are evaluated regularly to assess risk. In certain instances, we may require a member to post collateral, typically in cash equivalents, government securities, letters of credit or guarantees in order to ensure their performance of settlement obligations. If a member becomes unable or unwilling to meet its obligations, we are able to draw upon such member's collateral in order to minimize any potential loss. We may also apply other risk control measures, such as blocking the authorization and settlement of transactions, limiting the use of certain types of agents, prohibiting initiation of acquiring relationships with certain high risk merchants or suspending or terminating a membership. The exposure to settlement losses not covered by member collateral is accounted for as a settlement risk guarantee. The fair value of the settlement risk guarantee is estimated using a proprietary model. Key inputs to the model include statistically derived loss factors based on historical experience, estimated settlement exposures at period end and a standardized grading process for members and country exposures.

*Payment System Integrity*

The integrity of our payments system is affected by fraudulent activity and other illegal uses of our products. Fraud is most often committed in connection with lost, stolen or counterfeit cards or stolen account information resulting from security breaches of systems that store cardholder or account data, including systems operated by merchants, financial institutions and other third-party data processors. Fraud is also more likely to occur in association with transactions where the card is not present at the point of sale, such as electronic commerce, mail order and telephone order transactions. Security and cardholder authentication for these remote channels are particularly critical issues facing our members and merchants that engage in these forms of commerce, where a signed cardholder sales receipt is generally unavailable.

148