UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 11/16/07

Case No.   C-07-3257 SI          Judge:   SUSAN ILLSTON

Title: PRIVASYS INC -v- VISA INTERNATIONAL

Attorneys: B. Wecker, Bishop, Yorio, Hosie Tai, Feinberg, Thompson, Melnick

Deputy Clerk:  Tracy Sutton   Court Reporter:

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to **12/14/07    @ 2:30 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ **3:30 p.m.**  for Pretrial Conference

Case continued to   @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The Court can not set any trial dates until all parties are brought into this case.