# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

PrivaSys, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07-03257 SI

V.

Visa International Service Association, Visa
U.S.A., JPMorgan Chase & Co., Chase Bank,
N.A., Chase Bank, USA, N.A., Wells Fargo & Company
and Wells Fargo Bank, N.A.
  TO: (Name and address of defendant)

Wells Fargo & Company
420 Montgomery Street
San Francisco, CA 94163

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Spencer Hosie
Hosie McArthur LLP
One Market, Suite 2200
San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV 1 9 2007
DATE

SHEILA RASH
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE November 19, 2007 |
| Name of SERVER Jerry Shaw | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Via facsimile and Federal Express to: Michael D. Wood
Managing Counsel
Wells Fargo Law Department
7000 Vista Drive
West Des Moines, IA 50266

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0 | $0 | $0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 20, 2007
          *Date*                                                                *Signature of Server*

                                                  1001 Village Oaks Drive, Martinez, CA 94553
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure