# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

07 NOV 27 AM 11:58

PrivaSys, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07-03257 SI

V.

Visa International Service Association, Visa
U.S.A., JPMorgan Chase & Co., Chase Bank,
N.A., Chase Bank, USA, N.A., Wells Fargo & Company
and Wells Fargo Bank, N.A.

TO: (Name and address of defendant)

Chase Bank USA, National Association
White Clay Center Building 200
Route 273
Newark, DE 19711

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Spencer Hosie
Hosie McArthur LLP
One Market, Suite 2200
San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

SHEILA RASH
(BY) DEPUTY CLERK

DATE NOV 19 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>November 20, 2007 |
| Name of SERVER<br>Jerry Shaw | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Via Federal Express and e-mail to: Robert D. Wick
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0 | $0 | $0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/27/07
                    Date

Signature of Server

1001 Village Oaks Drive, Martinez, CA 94553
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure