Roderick M. Thompson (State Bar No. 096192)
rthompson@fbm.com
Andrew Leibnitz (State Bar No. 184723)
aleibnitz@fbm.com
Eugene Y. Mar (State Bar No. 227071)
emar@fbm.com
June T. Tai (State Bar No. 226997)
jtai@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
VISA U.S.A. Inc.

*Additional Counsel On Signature Pages*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC., | Case No.  C 07 3257 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A., JPMORGAN CHASE & CO., CHASE BANK, N.A., CHASE BANK, USA, N.A., WELLS FARGO & CO., AND WELLS FARGO BANK, N.A. | |
| Defendants. | |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the undersigned parties hereby stipulate as follows:

WHEREAS on November 14, 2007, this Court granted Plaintiffs' Motion for Leave to file a First Amended Complaint to add as defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. (mistakenly named as "Chase Bank, N.A." in the Amended Complaint), Chase Bank, USA,

STIPULATION TO RESET CASE
MANAGEMENT CONFERENCE /
Case No.: C 07 3257

1  N.A. (collectively "Chase"),[1] and Wells Fargo & Co., and Wells Fargo Bank, N.A. (collectively,
2  "Wells Fargo");

3  WHEREAS two days later, on November 16, 2007, Plaintiff PrivaSys, Inc. ("PrivaSys")
4  and Defendants Visa International Service Association and Visa U.S.A. Inc. (collectively "Visa"),
5  attended an initial case management conference;

6  WHEREAS Defendants Chase and Wells Fargo did not attend the initial case
7  management conference given that they had not been served with the First Amended Complaint;

8  WHEREAS the Court tentatively set a further case management conference for December
9  14, 2007, but provided that Chase or Wells Fargo could request to postpone that conference to
10 January 18, 2008 if needed to locate counsel and respond to the First Amended Complaint;

11 WHEREAS Chase hereby requests rescheduling of the next case management conference
12 to January 18, 2008, and is advised by in-house counsel for Wells Fargo (which is currently
13 unrepresented by outside counsel) that Wells Fargo joins in this request;

14 WHEREAS no party opposes this request;

15 NOW THEREFORE, the parties through their undersigned counsel hereby stipulate as
16 follows:

17 The Case Management Conference currently set for December 14, 2007 at 2:30 p.m. will
18 be rescheduled for January 18, 2008, at 2:30 pm.

19

20 **IT IS SO STIPULATED:**

21 Dated: November 29, 2007                             FARELLA BRAUN & MARTEL LLP

23                                                    By:  /s/
                                                          Andrew Leibnitz
24
                                                      Attorneys for Defendant
25                                                    VISA U.S.A. Inc.

26

---

27 [1] Chase reserves all rights and defenses, including but not limited to personal jurisdiction and venue.
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO RESET CASE
MANAGEMENT CONFERENCE        - 2 -
Case No.: C 07 3257

1 | Dated: November 29, 2007

MAYER, BROWN, ROWE & MAW LLP

By: : _____/s/_____
  Ian Feinberg

Attorneys for Defendant
VISA INTERNATIONAL SERVICE ASSOCIATION

Dated: November 29, 2007

COVINGTON & BURLING LLP

By: : _____/s/_____
  Scott Schrader

Attorneys for Defendants
JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A.,
CHASE BANK USA, N.A.

Dated: November 29, 2007

HOSIE MCARTHUR LLP

By: : _____/s/_____
  George Bishop

Attorneys for Plaintiff
PRIVASYS, INC.

I hereby attest pursuant to General Order 45 that concurrence in the electronic filing of this document has been obtained from each of the other signatories.

Date:  November 29, 2007

_____/s/_____
  Andrew Leibnitz

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO RESET CASE MANAGEMENT CONFERENCE
Case No.: C 07 3257

- 3 -

# **ORDER**

Pursuant to stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the Case Mangement Conference currently scheduled in this matter for December 14, 2007 at 2:30 p.m. is reset for January 18, 2008 at 2:30 p.m..

**IT IS SO ORDERED**.

DATED: _____

Hon. Susan Illston
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION TO RESET CASE MANAGEMENT CONFERENCE
Case No.: C 07 3257

- 4 -