SCOTT A. SCHRADER (State Bar No. 219673)
DEANNA L. KWONG (State Bar No. 233480)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone:   (415) 591-6000
Facsimile:    (415) 591-6091
E-Mail:       sschrader@cov.com

Attorneys for Defendants
JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A., and
CHASE BANK, USA, N.A.

*Additional counsel listed on signature pages*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| PRIVASYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A., JPMORGAN CHASE & CO., CHASE BANK, N.A., CHASE BANK, USA, N.A., WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.<br><br>    Defendants. | Case No. C 07-03257 SI<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

WHEREAS, on or about November 20, 2007, Plaintiff Privasys, Inc. ("Plaintiff") served its Amended Complaint and Demand for Jury Trial upon Defendants JPMorgan Chase & Co., Chase Bank, USA, N.A., and JPMorgan Chase Bank, N.A.[1] (collectively, the "Chase Defendants"); and

WHEREAS, the Chase Defendants' answer or other response to the Amended Complaint and Demand for Jury Trial is presently due on or before December 10, 2007; and

WHEREAS, no trial date has yet been set in this action; and

WHEREAS, Plaintiff and the Chase Defendants, through their respective counsel of record, have agreed to extend the time by which the Chase Defendants must answer or otherwise respond to the Amended Complaint and Demand for Jury Trial;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Chase Defendants will have to and including January 10, 2008, to serve and file an answer or other response to the Amended Complaint and Demand for Jury Trial.

IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through their respective attorneys of record that by entering into this stipulation, the Chase Defendants do not waive any defenses to the Amended Complaint and Demand for Jury Trial.

DATED:   November 30, 2007                    HOSIE MCARTHUR LLP

                                              By:   /s/ George F. Bishop
                                                    George F. Bishop

                                              Attorneys for Plaintiff Privasys, Inc.

---

[1] JPMorgan Chase Bank, N.A. was erroneously identified as "Chase Bank, N.A." in the Amended Complaint and Demand for Jury Trial.

DATED: November 30, 2007

COVINGTON & BURLING LLP

By: /s/ Scott A. Schrader
———————————————
Scott A. Schrader

Attorneys for Defendants JPMorgan Chase & Co., Chase Bank USA, N.A., and JPMorgan Chase Bank, N.A.

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatory.

DATED: November 30, 2007

/s/ Scott A. Schrader
———————————————
Scott A. Schrader