SCOTT A. SCHRADER (State Bar No. 219673)
DEANNA L. KWONG (State Bar No. 233480)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-Mail: sschrader@cov.com

Attorneys for Defendants
JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A., and
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| PRIVASYS, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A., JPMORGAN CHASE & CO., CHASE BANK, N.A., CHASE BANK, USA, N.A., WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.<br><br>            Defendants. | Case No. C 07-03257 SI<br><br>**JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., AND CHASE BANK USA, N.A.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. JPMorgan Chase & Co. is a publicly held corporation. It has no parent corporation and no publicly held corporation owns 10% or more of JPMorgan Chase & Co.'s stock.

2. Chase Bank USA, N.A., a national banking association, is a wholly-owned subsidiary of JPMorgan Chase & Co. No publicly held corporation other than JPMorgan Chase & Co. owns 10% or more of Chase Bank USA, N.A.

3. JPMorgan Chase Bank, N.A., a national banking association, is a wholly-owned subsidiary of JPMorgan Chase & Co. No publicly held corporation other than JPMorgan Chase & Co. owns 10% or more of JPMorgan Chase Bank, N.A. JPMorgan Chase Bank, N.A., is misidentified in the Complaint as "Chase Bank, N.A."

DATED: December 4, 2007            COVINGTON & BURLING LLP


By:    /s/ Scott A. Schrader
       _____
       Scott A. Schrader
       Attorney for Defendants JPMORGAN CHASE
       & CO., JPMORGAN CHASE BANK, N.A.,
       and CHASE BANK USA, N.A.