1  Roderick M. Thompson (State Bar No. 096192)
   rthompson@fbm.com
2  Andrew Leibnitz (State Bar No. 184723)
   aleibnitz@fbm.com
3  Eugene Y. Mar (State Bar No. 227071)
   emar@fbm.com
4  June T. Tai (State Bar No. 226997)
   jtai@fbm.com
5  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
6  San Francisco, CA  94104
   Telephone:  (415) 954-4400
7  Facsimile:  (415) 954-4480

8  Attorneys for Defendant
   VISA U.S.A. Inc.
9
   *Additional Counsel On Signature Pages*

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14
   PRIVASYS, INC.,                          Case No.  C 07 3257 SI
15
              Plaintiff,                    **STIPULATION AND [PROPOSED]
16                                          ORDER RESCHEDULING CASE
       vs.                                  MANAGEMENT CONFERENCE**
17
   VISA INTERNATIONAL SERVICE
18 ASSOCIATION, VISA U.S.A.,
   JPMORGAN CHASE & CO., CHASE
19 BANK, N.A., CHASE BANK, USA, N.A.,
   WELLS FARGO & CO., AND WELLS
20 FARGO BANK, N.A.

21            Defendants.

22

23       Pursuant to Civil Local Rules 6-1(b) and 6-2, the undersigned parties hereby stipulate as

24 follows:

25       WHEREAS on November 14, 2007, this Court granted Plaintiffs' Motion for Leave to file

26 a First Amended Complaint to add as defendants JPMorgan Chase & Co., JPMorgan Chase Bank,

27 N.A. (mistakenly named as "Chase Bank, N.A." in the Amended Complaint), Chase Bank, USA,

28

1  N.A. (collectively "Chase"),[1] and Wells Fargo & Co., and Wells Fargo Bank, N.A. (collectively,
2  "Wells Fargo");

3      WHEREAS two days later, on November 16, 2007, Plaintiff PrivaSys, Inc. ("PrivaSys")
4  and Defendants Visa International Service Association and Visa U.S.A. Inc. (collectively "Visa"),
5  attended an initial case management conference;

6      WHEREAS Defendants Chase and Wells Fargo did not attend the initial case
7  management conference given that they had not been served with the First Amended Complaint;

8      WHEREAS the Court tentatively set a further case management conference for December
9  14, 2007, but provided that Chase or Wells Fargo could request to postpone that conference to
10 January 18, 2008 if needed to locate counsel and respond to the First Amended Complaint;

11     WHEREAS Chase hereby requests rescheduling of the next case management conference
12 to January 18, 2008, and is advised by in-house counsel for Wells Fargo (which is currently
13 unrepresented by outside counsel) that Wells Fargo joins in this request;

14     WHEREAS no party opposes this request;

15     NOW THEREFORE, the parties through their undersigned counsel hereby stipulate as
16 follows:

17     The Case Management Conference currently set for December 14, 2007 at 2:30 p.m. will
18 be rescheduled for January 18, 2008, at 2:30 pm.

19

20 **IT IS SO STIPULATED:**

21 Dated: November 29, 2007        FARELLA BRAUN & MARTEL LLP

23                                            By: _____/s/_____
24                                                    Andrew Leibnitz

25                                           Attorneys for Defendant
                                          VISA U.S.A. Inc.

---

27 [1] Chase reserves all rights and defenses, including but not limited to personal jurisdiction and venue.
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO RESET CASE
MANAGEMENT CONFERENCE    - 2 -
Case No.: C 07 3257

| | | |
|---|---|---|
| 1 | Dated: November 29, 2007 | MAYER, BROWN, ROWE & MAW LLP |
| 2 | | |
| 3 | | By: : _____/s/_____<br>Ian Feinberg |
| 4 | | Attorneys for Defendant |
| 5 | | VISA INTERNATIONAL SERVICE ASSOCIATION |
| 6 | | |
| 7 | Dated: November 29, 2007 | COVINGTON & BURLING LLP |
| 8 | | |
| 9 | | By: : _____/s/_____<br>Scott Schrader |
| 10 | | Attorneys for Defendants<br>JPMORGAN CHASE & CO., |
| 11 | | JPMORGAN CHASE BANK, N.A.,<br>CHASE BANK USA, N.A. |
| 12 | | |
| 13 | Dated: November 29, 2007 | HOSIE MCARTHUR LLP |
| 14 | | |
| 15 | | By: : _____/s/_____<br>George Bishop |
| 16 | | Attorneys for Plaintiff<br>PRIVASYS, INC. |

I hereby attest pursuant to General Order 45 that concurrence in the electronic filing of this document has been obtained from each of the other signatories.

Date:  November 29, 2007                                   /s/
                                                      Andrew Leibnitz

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION TO RESET CASE
MANAGEMENT CONFERENCE                - 3 -
Case No.: C 07 3257

## ORDER

Pursuant to stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the Case Mangement Conference currently scheduled in this matter for December 14, 2007 at 2:30 p.m. is reset for January 18, 2008 at 2:30 p.m..

**IT IS SO ORDERED**.

DATED: _____

*/s/ Susan Illston*

Hon. Susan Illston
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO RESET CASE MANAGEMENT CONFERENCE
Case No.: C 07 3257

- 4 -