```
 1  Roderick M. Thompson (State Bar No. 096192)
    rthompson@fbm.com
 2  Eugene Y. Mar (State Bar No. 227071)
    emar@fbm.com
 3  June T. Tai (State Bar No. 226997)
    jtai@fbm.com
 4  Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
 5  San Francisco, CA 94104
    Telephone: (415) 954-4400
 6  Facsimile: (415) 954-4480

 7  Attorneys for Defendant
    VISA U.S.A. Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A.,<br><br>    Defendants and Counterclaimants. | Case No. C 07 3257 SI<br><br>**DEFENDANT AND COUNTERCLAIMANT VISA U.S.A. INC.'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

AMENDED CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

Case No.: C 07 3257

22319\1398203.1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff Visa U.S.A. Inc. is a wholly owned subsidiary of Visa Inc. Visa Inc. has a financial interest in this litigation.

Dated: December 5, 2007

FARELLA BRAUN & MARTEL LLP

By:    */s/ Roderick Thompson*
        Roderick Thompson

Attorneys for Defendant-Counterclaimant
VISA U.S.A Inc.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

AMENDED CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

- 2 -

22319\1398203.1

Case No.: C 07 3257