1  IAN N. FEINBERG (SBN 88324)
   ifeinberg@mayerbrownrowe.com
2  W. JOSEPH MELNIK (*pro hac vice*)
   jmelnik@mayerbrownrowe.com
3  ERIC B. EVANS (SBN 232476)
   eevans@mayerbrownrowe.com
4
   MAYER BROWN LLP
5  Two Palo Alto Square, Suite 300
   3000 El Camino Real
6  Palo Alto, CA  94306-2112
   Telephone: (650) 331-2000
7  Facsimile:  (650) 331-2060

8  Attorneys for Defendant and Counterclaimant
   VISA INTERNATIONAL SERVICE ASSOCIATION
9

10                    **UNITED STATES DISTRICT COURT**

11                         **NORTHERN DISTRICT**

12                       **SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| PRIVASYS, INC., | Case No. C 07-3257 SI |
| Plaintiff, | **DEFENDANT AND COUNTERCLAIMANT VISA INTERNATIONAL SERVICE ASSOCIATION'S ANSWER TO AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A., | |
| Defendants. | |
| VISA INTERNATIONAL SERVICE ASSOCIATION, | |
| Counterclaimant, | |
| v. | |
| PRIVASYS, INC., | |
| Counterclaim Defendant. | |

-2-

1   Defendant Visa International Service Association ("Visa International") hereby amends
2   its Certification of Interested Entities or Persons as follows:
3   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
4   associations of persons, firms, partnerships, corporations (including parent corporations) or other
5   entities (i) have a financial interest in the subject matter in controversy or in a party to the
6   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
7   substantially affected by the outcome of this proceeding:
8   Visa International is a wholly owned subsidiary of Visa Inc. Visa Inc. has a financial
9   interest in this litigation.

Dated:  December 5, 2007                    MAYER BROWN LLP

By:  /s/ Joseph Melnik
     W. Joseph Melnik

     Attorneys for Defendant
     VISA INTERNATIONAL SERVICE
     ASSOCIATION