1  Howard N. Wisnia, State Bar No. 184626
   **Baker & McKenzie LLP**
2  12544 High Bluff Drive, Third Floor
   San Diego, CA  92130-3051
3  Telephone: +1 858 523 6200
   Facsimile:  +1 858 259 8290
4  Email: howard.n.wisnia@bakernet.com

5  Attorneys for Defendants
   WELLS FARGO & COMPANY and WELLS
6  FARGO BANK, N.A.

7  *Additional counsel listed on signature page*

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  PRVASYS, INC.,                              | **Case No.  C 07-03257 SI**

13          Plaintiff,                          | **STIPULATION TO EXTEND TIME
                                                | TO RESPOND TO AMENDED
14     v.                                      | COMPLAINT**

15  VISA INTERNATIONAL SERVICE
    ASSOCIATION, VISA U.S.A., JPMORGAN
16  CHASE & CO., CHASE BANK, N.A., CHASE
    BANK, USA, N.A., WELLS FARGO &
17  COMPANY and WELLS FARGO BANK,
    N.A.,

18          Defendants.

19

20       WHEREAS, Plaintiff Privasys, Inc. ("Plaintiff") served its Amended Complaint and

21  Demand for Jury Trial upon Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.

22  (collectively the "Wells Fargo Defendants"); and

23       WHEREAS, the Wells Fargo Defendants' answer or other response to the Amended

24  Complaint and Demand for Jury Trial is presently due on or before December 10, 2007; and

25       WHEREAS, no trial date has yet been set in this action and no previous extension has been

26  sought or granted for the Wells Fargo Defendants' to answer or otherwise respond to the Amended

27  Complaint and Demand for Jury Trial; and

28       WHEREAS, Plaintiff and the Wells Fargo Defendants, through their respective counsel of

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/683751.1

1

Case No C 07-03257 SI
STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

record, have agreed to extend the time by which the Wells Fargo Defendants must answer or otherwise respond to the Amended Complaint and Demand for Jury Trial; and

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Wells Fargo Defendants will have to and including January 10, 2008, to serve and file an answer or other response to the Amended Complaint and Demand for Jury Trial.

    IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through their respective attorneys of record that by entering into this stipulation, the Wells Fargo Defendants do not waive any defenses to the Amended Complaint and Demand for Jury Trial.

Dated: December 7, 2007    BAKER & McKENZIE LLP

By: /s/Howard N. Wisnia
    Howard N. Wisnia
    Attorneys for Defendants
    WELLS FARGO & COMPANY and
    WELLS FARGO BANK, N.A.

Dated: December 7, 2007    HOSIE MCARTHUR LLP

By: /s/George F. Bishop
    George F. Bishop
    Attorneys for Plaintiff
    PRIVASYS, INC.

I hereby attest that pursuant to General Order 45.X.B., that concurrence in the electronic filing of this document was obtained from the other signatory.

Dated: December 7, 2007    BAKER & McKENZIE LLP

By: /s/Howard N. Wisnia
    Howard N. Wisnia