1   Howard N. Wisnia, State Bar No. 184626
    **Baker & McKenzie LLP**
2   12544 High Bluff Drive, Third Floor
    San Diego, CA  92130-3051
3   Telephone: +1 858 523 6200
    Facsimile:  +1 858 259 8290
4   Email: howard.n.wisnia@bakernet.com

5   Attorneys for Defendants
    WELLS FARGO & COMPANY and WELLS
6   FARGO BANK, N.A.

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11
    PRIVASYS, INC.,                      Case No.  C 07-03257 SI
12
                Plaintiff,               **ADR CERTIFICATION BY
13                                       DEFENDANTS WELLS FARGO &
         v.                              COMPANY AND WELLS FARGO
14                                       BANK, N.A.**

15  VISA INTERNATIONAL SERVICE
    ASSOCIATION, VISA U.S.A., JPMORGAN
    CHASE & CO., CHASE BANK, N.A., CHASE
16  BANK, USA, N.A., WELLS FARGO &
    COMPANY and WELLS FARGO BANK,
17  N.A.,

18              Defendants.

19

20

21          Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he

22  or she has:

23          1.      Read the handbook entitled "Dispute Resolution Procedures in the Northern District

24  of California;"

25          2.  Discussed the available dispute resolution options provided by the Court and private

26  entities; and

27  //

28  //

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

                              1

                                        Case No C 07-03257 SI
                              ADR CERTIFICATION BY WELLS FARGO

SDODMS1/683751.1

1       3. Considered whether this case might benefit from any of the available dispute resolution
2  options.

3

4  Dated: December 10, 2007            WELLS FARGO & COMPANY

5

6

7                            By _____
                              Sherri Hallerman Gould
8                            Managing Counsel

9

10

11  Dated: December 10, 2007            WELLS FARGO BANK, N.A.

12

13                          By _____
14                            Sherri Hallerman Gould
                            Managing Counsel
15

16  Dated: December 10, 2007            BAKER & McKENZIE LLP

17

18

19                          By /s/ _____
                            Howard N. Wisnia
20                            Attorneys for Defendants Wells Fargo &
                            Company and Wells Fargo Bank, N.A.
21

22

23

24

25

26

27

28

Case No C 07-03257 SI
ADR CERTIFICATION BY WELLS FARGO