Howard N. Wisnia, State Bar No. 184626
howard.n.wisnia@bakernet.com
**Baker & McKenzie LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA 92101
Telephone: +1 858 523 6200
Facsimile:   +1 858 259 8290

Attorneys for Defendants
Wells Fargo & Company and Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A., JPMORGAN CHASE & CO., CHASE BANK, N.A., CHASE BANK, USA, N.A., WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>            Defendant. | **Case No.  07-03257 SI**<br><br>**WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   1.     Defendant Wells Fargo & Company is a publicly held corporation and has no parent corporation. No publicly held corporation owns ten percent or more of its stock.

   2.     Defendant Wells Fargo Bank, N.A. is a national association organized under the laws

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/683779.1

1

Case No 07-03257 SI
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

of the United States of America. Wells Fargo Bank, N.A. discloses that Wells Fargo & Company directly and indirectly owns 100 percent of the stock of Wells Fargo Bank, N.A.

Dated: December 10, 2007

BAKER & McKENZIE LLP

By: /s/ Howard N. Wisnia
Howard N. Wisnia
Attorneys for Defendants
Wells Fargo & Company and Wells Fargo Bank

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/683779.1

2

Case No 07-03257 SI
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS