SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE McARTHUR LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (CA Bar No. 214868)
cspringer@carrferrell.com
CHRISTOPHER P. GREWE (CA Bar No. 245938)
cgrewe@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA 94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

*(additional attorneys listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| PRIVASYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISA INTERNATIONAL SERVICE ASSOCIATION, VISA U.S.A., JPMORGAN CHASE & CO., CHASE BANK, N.A., CHASE BANK, USA, N.A., WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A. <br><br> Defendants. | Case No. C 07-03257 SI <br><br> **NOTIFICATION OF SETTLEMENT AND JOINT CASE MANAGEMENT STATEMENT** <br><br> Case Mgmt. Conf. Date: January 18, 2008 <br> Time: 2:30 p.m. |

Plaintiff PrivaSys, Inc. ("PrivaSys") and defendants Visa International Service Association and Visa U.S.A. Inc. ("Visa U.S.A."), JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. (erroneously identified as "Chase Bank, N.A." in the Amended Complaint and Demand for Jury Trial), Chase Bank, USA, N.A., Wells Fargo & Company and Wells Fargo Bank, N.A., hereby notify the Court that PrivaSys and Visa U.S.A. have executed a Binding Term Sheet settling the case as to all claims and all parties, and submit this Joint Case Management Statement in connection with the case management conference in this matter scheduled for January 18, 2008 at 2:30 p.m.

PrivaSys and Visa U.S.A. have executed a Binding Term Sheet, agreeing to settle the case and dismiss all the claims between all parties to this action. The parties are currently formalizing a License and Settlement Agreement, which will include a stipulated motion for dismissal, and expect to complete the process in the next few weeks. For those defendants that have not yet served an answer or other response to the Amended Complaint and Demand for Jury Trial, PrivaSys has stipulated to defer the time for such an answer or response for an additional 30 days, *i.e.*, through and including February 11, 2008, by which time it is expected that the stipulated motion for dismissal will have been filed. Accordingly, the parties request that the Court vacate the scheduled Case Management Conference.

Dated:  January 8, 2008                        Respectfully submitted,


                                                                              */s/ George F. Bishop*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE McARTHUR LLP

| | |
|---|---|
| 1 | One Market, 22nd Floor |
| | San Francisco, CA 94105 |
| 2 | (415) 247-6000 Tel. |
| | (415) 247-6001 Fax |

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
COLBY B. SPRINGER (CA Bar No. 214868)
cspringer@carrferrell.com
CHRISTOPHER P. GREWE
(CA Bar No. 245938)
cgrewe@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

*Attorneys for Plaintiff*
*PRIVASYS, INC.*


  */s/ Ian Neville Feinberg*
IAN NEVILLE FEINBERG
(CA Bar No. 88324)
ifeinberg@mayerbrownrowe.com
ERIC BUTLER EVANS
(CA Bar No. 232476)
eevans@mayerbrownrowe.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000 Tel.
(650) 331-2060 Fax

*Attorneys for Defendant*
*VISA INTERNATIONAL SERVICE*
*ASSOCIATION*


  */s/ Roderick M. Thompson*
RODERICK M. THOMPSON
(CA Bar No. 096192)
rthompson@fbm.com
ANDREW LEIBNITZ
(CA Bar No. 184723)
aleibnitz@fbm.com

EUGENE Y. MAR
(CA State Bar No. 227071)
emar@fbm.com
JUNE T. TAI
(CA State Bar No. 226997)
jtai@fbm.com
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400 Tel.
(415) 954-4480 Fax

*Attorneys for Defendant*
*VISA U.S.A. Inc.*


　　　　　/s/ Robert D. Wick
SCOTT A. SCHRADER
sschrader@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
(202) 591-6000 Tel.
(202) 591-6091 Fax

ROBERT D. WICK
(Pro Hac Vice)
rwick@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 662-6000 Tel.
(202) 662-6291 Fax

*Attorneys for Defendants*
*JPMORGAN CHASE & CO.*
*JPMORGAN CHASE BANK, N.A. and*
*CHASE BANK, USA, N.A.*

|   |   |
|---|---|
| 1 |    /s/ Howard N. Wisnia |
|   | HOWARD N. WISNIA |
| 2 | (CA Bar No. 184626 |
|   | howard.n.wisnia@bakernet.com |
| 3 | BAKER & McKENZIE LLP |
| 4 | 12544 High Bluff Drive, Third Floor |
|   | San Diego, CA  92130 |
| 5 | (858) 523-6200 Tel. |
|   | (858) 259-8290 Fax |

                                 */s/ Howard N. Wisnia*  
HOWARD N. WISNIA  
(CA Bar No. 184626  
howard.n.wisnia@bakernet.com  
BAKER & McKENZIE LLP  
12544 High Bluff Drive, Third Floor  
San Diego, CA  92130  
(858) 523-6200 Tel.  
(858) 259-8290 Fax  

*Attorneys for Defendants*  
WELLS FARGO & COMPANY and  
WELLS FARGO BANK, N.A.  

I hereby attest that concurrence in the filing of this document has been obtained for all signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Date:  January 8, 2008                  */s/ George F. Bishop*  
                                            George F. Bishop  
                                            Attorneys for Plaintiff, PRIVASYS, INC.

**CASE MANAGEMENT ORDER**

The Case Management Conference scheduled for January 18, 2008, at 2:30 p.m. in this Court, is hereby vacated.

Dated: January __, 2008

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE