1  ROBERT D. WICK (*pro hac vice*)
   COVINGTON & BURLING LLP
2  1201 Pennsylvania Avenue, NW
   Washington, DC  20004
3  Telephone:   (202) 662-6000
   Facsimile:   (202) 662-6291
4  E-Mail:      rwick@cov.com

5  SCOTT A. SCHRADER (State Bar No. 219673)
   DEANNA L. KWONG (State Bar No. 233480)
6  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
7  San Francisco, California  94111
   Telephone:   (415) 591-6000
8  Facsimile:   (415) 591-6091
   E-Mail:      sschrader@cov.com
9

10 Attorneys for Defendants
   JPMORGAN CHASE & CO.,
11 JPMORGAN CHASE BANK, N.A., and
   CHASE BANK, USA, N.A.
12

13 *Additional counsel listed on signature pages*

14
15                    UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                              (SAN FRANCISCO)

18  PRIVASYS, INC.,
                                                Case No. C 07-03257 SI
19              Plaintiff,

20       v.

21  VISA INTERNATIONAL SERVICE                  **STIPULATION TO EXTEND TIME**
    ASSOCIATION, VISA U.S.A.,                   **TO RESPOND TO AMENDED**
22  JPMORGAN CHASE & CO., CHASE                 **COMPLAINT**
    BANK, N.A., CHASE BANK, USA, N.A.,
23  WELLS FARGO & COMPANY and
    WELLS FARGO BANK, N.A.
24
25              Defendants.

26
27
28

1  WHEREAS, on or about November 20, 2007, Plaintiff PrivaSys, Inc.
2  ("Plaintiff") served its Amended Complaint and Demand for Jury Trial upon Defendants
3  JPMorgan Chase & Co., Chase Bank, USA, N.A., and JPMorgan Chase Bank, N.A.[1]
4  (collectively, the "Chase Defendants") and Defendants Wells Fargo & Company and Wells
5  Fargo Bank, N.A. (collectively, the "Wells Defendants"); and

6  WHEREAS, answers or other responses to the Amended Complaint and Demand
7  for Jury Trial by the Chase Defendants and the Wells Defendants are presently due on or before
8  January 10, 2008; and

9  WHEREAS, no trial date has yet been set in this action; and

10  WHEREAS, Plaintiff and Visa U.S.A. have executed a Binding Term Sheet,
11  agreeing to settle the case and dismiss all the claims between all parties to this action, and
12  therefore Plaintiff and the Chase Defendants and the Wells Defendants, through their respective
13  counsel of record, have agreed to extend the time by which the Chase Defendants and the Wells
14  Defendants must answer or otherwise respond to the Amended Complaint and Demand for Jury
15  Trial for 30 days, *i.e.*, through and including February 11, 2008, by which time it is expected
16  that a stipulated motion for dismissal will have been filed;

17  IT IS HEREBY STIPULATED by and between the parties hereto through their
18  respective attorneys of record that the Chase Defendants and the Wells Defendants will have to
19  and including February 11, 2008, to serve and file an answer or other response to the Amended
20  Complaint and Demand for Jury Trial.

21  IT IS HEREBY FURTHER STIPULATED by and between the parties hereto
22  through their respective attorneys of record that by entering into this stipulation, Plaintiff, the

---

[1] JPMorgan Chase Bank, N.A. was erroneously identified as "Chase Bank, N.A." in the Amended Complaint and Demand for Jury Trial.

STIPULATION TO EXTEND TIME TO RESPOND TO    2
AMENDED COMPLAINT
Case No. C 07-03257 SI

Chase Defendants, and the Wells Defendants do not waive any rights or defenses with respect to the Amended Complaint and Demand for Jury Trial.

DATED: January 9, 2008

HOSIE MCARTHUR LLP

By: /s/ George F. Bishop
George F. Bishop

Attorneys for Plaintiff PrivaSys, Inc.

COVINGTON & BURLING LLP

By: /s/ Scott A. Schrader
Scott A. Schrader

Attorneys for Defendants JPMorgan Chase & Co., Chase Bank USA, N.A., and JPMorgan Chase Bank, N.A.

BAKER & McKENZIE LLP

By: /s/ Howard N. Wisnia
Howard N. Wisnia

Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: January 9, 2008

/s/ Scott A. Schrader
Scott A. Schrader

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
Case No. C 07-03257 SI

3