1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
4  HOSIE RICE LLP
   One Market, 22nd Floor
5  San Francisco, CA 94105
   (415) 247-6000 Tel.
6  (415) 247-6001 Fax

7
   ROBERT J. YORIO (CA Bar No. 93178)
8  yorio@carrferrell.com
   CARR & FERRELL LLP
9  2200 Geng Road
   Palo Alto, CA  94303
10 (650) 812-3400 Tel.
   (650) 812-3444 Fax
11

12 *Attorneys for Plaintiff*
   *PRIVASYS, INC.*
13

14                  UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
15                     SAN FRANCISCO DIVISION

16 PRIVASYS, INC.,                          Case No. 08-CV-01072 WDB

17            Plaintiff,                     Case No. 07-CV-03257 SI

18 v.

19 AMERICAN EXPRESS COMPANY and
   AMERICAN EXPRESS TRAVEL RELATED         **ADMINISTRATIVE MOTION TO**
20 SERVICES COMPANY, INC.,                 **CONSIDER WHETHER CASES**
                                           **SHOULD BE RELATED PURSUANT**
21            Defendants.                   **TO CIVIL LOCAL RULE 3-12**

22

23 PRIVASYS, INC.,

24            Plaintiff,

25 v.

26 VISA INTERNATIONAL, et al.,

27            Defendants.

28

Plaintiff PrivaSys, Inc. ("PrivaSys") submits this unopposed Administrative Motion to request that the two above-captioned cases should be deemed related, pursuant to Civil Local Rules 3-12 and 7-11, and that the pending action of *PrivaSys, Inc. v. American Express Co.*, No. C 08-1072 (WDB) should be re-assigned to the Honorable Susan Illston, who presided in the now-settled case of *PrivaSys, Inc.* v. *Visa International Service Association, et al*., No. C 07-03257 SI.

Both defendants, American Express Company and American Express Travel Related Services Company, Inc. (collectively "American Express" or "defendants"), have stated they do not oppose this motion, as is stated in the accompanying Declaration of George F. Bishop.

## I.    INTRODUCTION

The complaint in *PrivaSys v. American Express* was filed on February 22, 2008.  This case was assigned to Magistrate Judge Wayne D. Brazil.  The summons and complaint were served on defendants on April 1, 2008.  No other proceedings have taken place in this action, except that the parties have stipulated to the request by American Express for an additional 30 days in which to respond to the complaint.

PrivaSys submits that this case is related to *PrivaSys v. Visa*.  In that action, PrivaSys sued Visa for patent infringement, alleging infringement of the same patent at issue now in *American Express*.  The *Visa* case, like the pending *American Express* case, involved plaintiff's allegations that the security method for the defendants' contactless payment cards infringes PrivaSys' patent.  The *Visa* case was settled and dismissed by Order dated January 9, 2008.

## II.    THE TWO CASES ARE RELATED.

*American Express* and *Visa* "concern substantially the same parties, property, transaction or event," and "it appears likely that there will be an unduly burdensome

ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL LOCAL RULE 3-12

Case No. 08-CV-01072-WDB
Case No. 07-CV-03257-SI

duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). Accordingly, these cases are related, as is described further below.

First, these are both patent infringement cases. They both allege infringement of the same U.S. Patent No. 7,195,154 ("'154 Patent"), owned by PrivaSys.

Second, in both cases PrivaSys alleges infringement by a security feature of the defendant's contactless credit and debit cards. In *American Express*, PrivaSys alleges that the method employed by American Express to provide security for its contactless payment cards infringes the '154 patent. Similarly, in *Visa*, PrivaSys alleged that Visa's method for providing security for its contactless cards infringed the same patent.

Third, in *Visa*, Judge Illston became familiar with the '154 patent, as the Judge heard PrivaSys's motion for leave to amend the complaint and add parties and Visa's counter-motion to stay proceedings in that case. Visa opposed the motion by arguing, *inter alia*, that the amendment would be futile because neither Visa nor the member banks to be added practiced every element of the patent. The Court decided these motions in a detailed opinion. *See* Order dated November 14, 2007, Exhibit A to Bishop Decl.

Accordingly, it appears likely that there will be an undue duplication of judicial resources and potentially conflicting results if the pending *American Express* litigation is conducted before a different judge.

## III.    CONCLUSION

For the reasons set forth above, PrivaSys respectfully requests, without opposition by defendants, that this Court determine that the *American Express* case is related to the *Visa* case, and that *American Express* be reassigned to Judge Illston.

1 | Dated: April 14, 2008
2 |
3 |                                           Respectfully submitted,
4 |
5 |                                           ____/s/ George F. Bishop_____
6 |                                           SPENCER HOSIE (CA Bar No. 101777)
  |                                           shosie@hosielaw.com
7 |                                           BRUCE WECKER (CA Bar No. 078530)
  |                                           bwecker@hosielaw.com
8 |                                           GEORGE F. BISHOP (CA Bar No. 89205)
  |                                           gbishop@hosielaw.com
9 |                                           HOSIE RICE LLP
  |                                           One Market, 22nd Floor
10 |                                          San Francisco, CA 94105
   |                                          (415) 247-6000 Tel.
11 |                                          (415) 247-6001 Fax
12 |
   |                                          ROBERT J. YORIO (CA Bar No. 93178)
13 |                                          yorio@carrferrell.com
   |                                          CARR & FERRELL LLP
14 |                                          2200 Geng Road
   |                                          Palo Alto, CA  94303
15 |                                          (650) 812-3400 Tel.
   |                                          (650) 812-3444 Fax
16 |
   |                                          *Attorneys for Plaintiff*
17 |                                          *PRIVASYS, INC.*

**CERTIFICATE OF SERVICE**

I, Janine DeAndre, am a citizen of the United States and am employed in the

County of San Francisco, State of California. I am over the age of 18 years and am not a

party to the within action.  My business address is Hosie Rice LLP, One Market, Spear

Tower, 22nd Floor, San Francisco, California, 94105.

On April 14, 2008, I served the following attached

- **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**
- **[PROPOSED] ORDER GRANTING PRIVASYS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

Electronic Mail at San Francisco, California, addressed to the following parties:

Peter J. Armenio
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY  10022
parmenio@kirkland.com
*Attorney for American Express Company,*
*American Express Travel Related Services*
*Company, Inc.*

Roderick M. Thompson
Andrew Leibnitz
Eugene Mar
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
rthompson@fbm.com
aleibnitz@fbm.com
emar@fbm.com
calendar@fbm.com
*Attorneys for VISA U.S.A.*

Ian Neville Feinberg
Eric Butler Evans
Joseph Melnik
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
ifeinberg@mayerbrown.com
eevans@mayerbrown.com
jmelnik@mayerbrown.com
*Attorneys for VISA International Service*
*Association*

Robert D. Wick
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004
rwick@cov.com
*Attorney for JPMorgan Chase & Co.,*
*JPMorgan Chase Bank, N.A. and*
*Chase Bank, U.S.A., N.A.*

ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL LOCAL RULE 3-12

4

Case No. 08-CV-01072-WDB
Case No. 07-CV-03257-SI

1   Howard N. Wisnia
2   Baker & McKenzie LLP
    12544 High Bluff Drive, Third Floor
3   San Diego, California 92130
    howard.n.wisnia@bakernet.com
4   sdip-wellsfargo@bakernet.com
5   *Attorney for Wells Fargo & Company and*
    *Wells Fargo Bank, N.A.*
6
    Scott A. Schrader
7   Deanna L. Kwong
    Covington & Burling LLP
8   One Front Street, 35th Floor
    San Francisco, CA 94111
9   sschrader@cov.com
    dkwong@cov.com
10  *Attorneys for JPMorgan Chase & Co.,*
    *JPMorgan Chase Bank, N.A. and*
11  *Chase Bank, U.S.A., N.A.*
12
13          I certify under penalty of perjury under the laws of the State of California that the
14
    foregoing is true and correct.
15
16  DATED:  April 14, 2008
17                                          ____/s/ Janine DeAndre_____
                                                Janine DeAndre
18
19
20
21
22
23
24
25
26
27
28