SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>　　　　　Defendants. | Case No. 08-CV-01072 WDB<br><br>Case No. 07-CV-03257 SI<br><br>**[PROPOSED] ORDER GRANTING PRIVASYS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| PRIVASYS, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VISA INTERNATIONAL, et al.,<br><br>　　　　　Defendants. | |

[PROPOSED] ORDER GRANTING PRIVASYS, INC.'S
ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL LOCAL RULE 3-12

Case No. 08-CV-01072-WDB
Case No. 07-CV-03257-SI

PrivaSys has filed with the Court an Administrative Motion To Consider Whether Cases Should Be Related under Civil Local Rules 3-12 and 7-11. Defendants American Express Company and American Express Travel Related Services Company, Inc. do not oppose PrivaSys' Administrative Motion. The Court has considered PrivaSys' Administrative Motion and supporting Declaration and finds that the motion should be granted.

Accordingly, IT IS HEREBY ORDERED that these two cases are "related" within the meaning of Civil Local Rule 3-12. The Clerk is directed to reassign *PrivaSys, Inc. v. American Express Company* and *American Express Travel Related Services Company, Inc.*, No. 08-CV-01072 WDB, to the undersigned Judge pursuant to Local Rule 3-12(f)(3).

DATED:  April __, 2008

---

The Honorable Susan Illston
United States District Court Judge

[PROPOSED] ORDER GRANTING PRIVASYS, INC.'S
ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIVIL LOCAL RULE 3-12

1

Case No. 08-CV-01072-WDB
Case No. 07-CV-03257-SI