SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
One Market, 22nd Floor
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

ROBERT J. YORIO (CA Bar No. 93178)
yorio@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, CA  94303
(650) 812-3400 Tel.
(650) 812-3444 Fax

Attorneys for Plaintiff
PRIVASYS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIVASYS, INC. <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS COMPANY and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., <br><br> Defendants. | Case No. 08-CV-01072 WDB <br><br> Case No. 07-CV-03257 SI <br><br> **DECLARATION OF GEORGE F. BISHOP IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| PRIVASYS, INC. <br><br> Plaintiff, <br><br> v. <br><br> VISA INTERNATIONAL, et al., <br><br> Defendants. | |

DECLARATION OF GEORGE F. BISHOP  IN SUPPORT OF
ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED PURSUANT TO CIVIL
LOCAL RULE 3-12

Case No. 08-CV-01072-WDB
Case No. 07-CV-03257-SI

I, George F. Bishop, declare as follows:

1. I am a partner at the law firm of Hosie Rice LLP, counsel for plaintiff PrivaSys, Inc. ("PrivaSys") in this action. I make this declaration or my own knowledge and in support of PrivaSys' Administrative Motion To Consider Whether Cases Should Be Related Pursuant To Civil Local Rule 3-12. If called to testify to the matters stated herein, I could and would do so competently.

2. The complaint in the pending case *PrivaSys v. American Express Co. et al.*, No. 08-CV-1072 WDB was filed on February 22, 2008. This case was assigned to Magistrate Judge Wayne D. Brazil. The summons and complaint were served on defendants American Express Company and American Express Travel Related Services Company, Inc. (collectively "American Express" or "defendants") on April 1, 2008.

3. PrivaSys was also the plaintiff in the earlier-filed action of *PrivaSys, Inc.* v. *Visa International Service Association*, *et al.*, No. 07-CV-3257 SI. Judge Susan Illston presided in that case. That case settled, and was dismissed by Order dated January 9, 2008.

4. *American Express* and *Visa* "concern substantially the same parties, property, transaction or event," and "it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). In both of these cases, PrivaSys is the plaintiff and alleges infringement of its U.S. Patent No. 7,195,154 ("'154 Patent").

5. Judge Illston became familiar with the '154 patent, in *Visa*. For example, Judge Illston conducted hearings on PrivaSys's motion for leave to file an amended complaint and Visa's motion to stay proceedings in that case. The Court granted PrivaSys' motion and denied Visa's motion, in a detailed opinion. *See* Order dated November 14, 2007, a true and correct copy of which is attached hereto as Exhibit A.

DECLARATION OF GEORGE F. BISHOP IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12                    1                    Case No. 08-CV-01072-WDB
Case No. 07-CV-03257-SI

6. For the reasons set forth above, it appears likely that there will be an undue duplication of judicial resources and potentially conflicting results if the pending *American Express* litigation is conducted before a different judge.

7. Counsel for PrivaSys has consulted with counsel for American Express regarding this motion. Counsel for American Express has indicated that American Express does not oppose this motion and will not be filing any opposition papers.

I declare under penalty of perjury that the foregoing is true and correct, and this Declaration is executed on April 14, 2008, in San Francisco, California.

           /s/ George F. Bishop  
          George F. Bishop

DECLARATION OF GEORGE F. BISHOP IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12

2

Case No. 08-CV-01072-WDB  
Case No. 07-CV-03257-SI

**CERTIFICATE OF SERVICE**

I, Janine DeAndre, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie Rice LLP, One Market, Spear Tower, 22nd Floor, San Francisco, California, 94105.

On April 14, 2008, I served the following attached

- **DECLARATION OF GEORGE F. BISHOP IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**

Electronic Mail at San Francisco, California, addressed to the following parties:

Peter J. Armenio
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022
parmenio@kirkland.com
*Attorney for American Express Company, American Express Travel Related Services Company, Inc.*

Roderick M. Thompson
Andrew Leibnitz
Eugene Mar
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
rthompson@fbm.com
aleibnitz@fbm.com
emar@fbm.com
calendar@fbm.com
*Attorneys for VISA U.S.A.*

Ian Neville Feinberg
Eric Butler Evans
Joseph Melnik
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
ifeinberg@mayerbrown.com
eevans@mayerbrown.com
jmelnik@mayerbrown.com
*Attorneys for VISA International Service Association*

Robert D. Wick
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
rwick@cov.com
*Attorney for JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and Chase Bank, U.S.A., N.A.*

DECLARATION OF GEORGE F. BISHOP IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12      3      Case No. 08-CV-01072-WDB
Case No. 07-CV-03257-SI

1  Howard N. Wisnia
2  Baker & McKenzie LLP
   12544 High Bluff Drive, Third Floor
3  San Diego, California 92130
   howard.n.wisnia@bakernet.com
4  sdip-wellsfargo@bakernet.com
   *Attorney for Wells Fargo & Company and*
5  *Wells Fargo Bank, N.A.*

6
   Scott A. Schrader
7  Deanna L. Kwong
   Covington & Burling LLP
8  One Front Street, 35th Floor
   San Francisco, CA 94111
9  sschrader@cov.com
10 dkwong@cov.com
   *Attorneys for JPMorgan Chase & Co.,*
11 *JPMorgan Chase Bank, N.A. and*
   *Chase Bank, U.S.A., N.A.*
12

13
       I certify under penalty of perjury under the laws of the State of California that the
14
   foregoing is true and correct.
15

16 DATED:  April 14, 2008

17                                            ____/s/ Janine DeAndre_____
                                                   Janine DeAndre
18

19

20

21

22

23

24

25

26

27

28
   DECLARATION OF GEORGE F. BISHOP  IN SUPPORT OF           4          Case No. 08-CV-01072-WDB
   ADMINISTRATIVE MOTION TO CONSIDER WHETHER                           Case No. 07-CV-03257-SI
   CASES SHOULD BE RELATED PURSUANT TO CIVIL
   LOCAL RULE 3-12